FILED
U.S. DISTRICT COURT
AU~~~~ DIV.

Jerry Ali Aziz, Al-Sharif Injured Third Party Intervener
c/o 1731 Pitchwood Way (706)251-6466
Hephzibah [30815] Georgia

2012 APR 17 PM 1: 13

7007 0220 0003 7530 3021

district court for the United States
In Care of THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF Georgia

CLERK CV/12157
SO. DIST. OF GA.

| | | |
|---|---|---|
| JERRY A AL-SHARIF | ) | Case # **CV 112-0 57** |
| Jerry Ali Aziz Al-Sharif, US Vessel | ) | Within the Admiralty |
| **Plaintiff/Sui Juris** | ) | **CV 112-0 57** |
| | ) | |
| V. | ) | COMMERCIAL NOTICE OF |
| | ) | PETITION AND |
| JOHNETTE CARTER, US Vessel | ) | COMPLAINT WITHIN THE |
| Revenue Officer, | ) | ADMIRALTY PURSUANT TO |
| | ) | RCP #3 AND #4 FOR |
| US Vessel and | ) | THE PETITION FOR AGREEMENT |
| DOES, ROES, and MOES 1 -100 et al | ) | AND HARMONY IN THE NATURE |
| **Defendants** | ) | OF A NOTICE OF INTERNATIONAL |
| | ) | COMMERCIAL CLAIM WITHIN THE |
| Jerry Ali Aziz, Al-Sharif, | ) | ADMIRALTY ADMINISTRATIVE |
| Lien Holder of the Vessel, the Real Party | ) | REMEDY AND LIBEL OF REVIEW |
| In Interest, Lawful Man | ) | AND ENTRY OF THE CONCLUSIVE |
| **Injured Third Party Intervener/Petitioner** | ) | EVIDENCE FOR SETTLEMENT AND |
| **/Libellant** | ) | CLOSURE OF THE ESCROW BY |
| | ) | COMMERCIAL AFFIDAVIT |
| V. | ) | |
| | ) | |
| JOHNETTE CARTER, US Vessel, | ) | |
| Revenue Officer, US Vessel And | ) | |
| DOES, ROES, and MOES 1 -100 et al | ) | |
| **US VESSELS  INDIVIDUALLY** | ) | |
| | ) | |
| **Third Party Defendants/Libellees** | ) | |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 APR 17 PM 1: 13
CLERK

## <u>COMMERCIAL AFFIDAVIT IN FACT</u>

FOR AND ON THE RECORD:

THE COURT TAKES JUDICIAL NOTICE WITHIN THE ADMIRALTY OF THE SUM CERTAIN OF THE
FACTS AND STATEMENTS HEREIN

#1. COMES NOW THE INJURED THIRD PARTY INTERVENOR/LIBELLANT By

Restricted Appearance pursuant to Special Procedures in Admiralty E (8) and at no time waives any protections

within the Admiralty.

**JURISDICTION**

#2. This Court is an Admiralty Court and the injured third party petitioner/libellant, intervener sets this action and files this action with the Court Clerk "within the admiralty" pursuant to Special Procedures in Admiralty #Rule E(8), and is appearing in Restricted Appearance <u>IN FACT</u> and that;

#3. All Court Officers are not immune "within the Admiralty" and are accountable for their actions pursuant to The FOREIGN SOVEREIGN IMMUNITY ACT 28 U.S.C. § 1605.  Any foreign sovereigns are liable for damages while doing business in the United States. This provision has application since the foreign sovereign – the judges, clerks, etc. – operate on the behalf of a defacto foreign fiction government.  Officials are liable for the damages that they commit while doing business in the country <u>IN FACT</u> and that;

#4. This third party action is filed pursuant to <u>28 U.S.C. §1333 and/or §1337</u> IN<u>FACT</u> and that;

#5. This court is open for admiralty issues and in this instant action it is a debt obligation and insurable interests that are issues in admiralty <u>IN FACT</u> and that;

#6. This court is authorized in Admiralty abinitio <u>1789 see 5: Stat. 516, Chapter 188 §: 5 with enactment date August/23/1842 with the authority of the act of September/24/1789: Chapter 20</u> IN FACT and that;

#7. This action of the injured third party petitioner/libellant, intervener is protected pursuant to <u>The Suits in Admiralty Act, 46 U.S.A. Codes, Appendix, Chapter 20 §§ 742-749</u> IN FACT and that;

#8. <u>THE SUITS IN ADMIRALTY ACT</u> is a law where the United States and its co-parties specifically waives its immunity in three situations: (1), If the Admiralty suit involves a vessel of the United States (Man's body is named in the action), (U.S. citizen Vessel) (Name in all upper case of the vessel) and (2), Cases that involve cargo belonging to the U.S. and its co-parties. Within the context of this instant action, when the cargo [the paperwork, or lawsuit] of the United States and its co-parties harms us, the United States gives us a blanket waiver of immunity, or (3), if the United States could be sued in the Admiralty if it were a private party, if we are going into an international jurisdiction, (a set aside, fenced territory) every time we go into the Court, we are entitled to sue the United States and its co-parties in the Admiralty as if it were a private party. The cargo is the docket file and the lawsuit and Clerks/Warrant Officers and Judges/Masters are not immune if the cargo is not directed into the Admiralty Court <u>IN FACT</u> and that;

#9. In this instant action all parties are U.S. VESSELS and fit the legal definition of a U.S. Vessel <u>IN FACT</u> and that;

#10. The Court Officers/ Master/ Mariners are liable if they mislead/mis-deliver this action into the wrong Court and the law provides for criminal penalties for compliance failures IN FACT and that;

#11. The Public Vessels Act is applied in this instant action and waives the Court Officer's Immunities pursuant to Title 46 U.S.C. Ch. 22 § 781 and The Bills of Lading Act, Title 49 U.S.C., Ch. 147 § 14709, Title 49 U.S.C. Chapter 801 § 80113 IN FACT and that;

#12. The cargo is shipped via the U.S. Postal Service and all parties are subject to the Postal Codes in this instant action IN FACT and that;

#13. The Bills of Lading Act includes a criminal penalty because the losses suffered by the customers of the shippers can be very great. I use a Bill of Lading/Petition/Complaint in all of my lawsuits. This presentment fits the criteria for a Bill of Lading, meeting all the facts enclosed in any Bill of Lading. The Bill of Lading describes the cargo (the lawsuit), and tells the Court Clerk to carry the suit into the Admiralty Jurisdiction of the Court.  The Clerk is a PUBLIC VESSEL and the CARRIER, being a vessel of the United States and its co-parties.  This Bill of Lading identifies the cargo as the lawsuit, by describing the suit's postal Certified number, which is Certified Mail #7007 0220 0003 7530 3021, which is placed on the front page, and by describing the paperwork as having an American flag on the front page of the paperwork.

#14. The Bill of Lading creates a liability for which the damaged party can recover in a suit if the documents are diverted into another venue.  If a carrier is found wanting in due diligence concerning the delivery of the cargo, the liability attaches at the time of the diversion of the documents.  The Bill of Lading therefore takes away the immunity of Clerks/Warrant Officers and Judges/Masters, if the cargo is not delivered into the Admiralty Court, and adds criminal penalties for compliance failures. Title 49 U.S.C., Ch. 801 § 80116 IN FACT and that;

#15.  The Admiralty Extension Act, Title 46 U.S.A. Appendix, Ch 19-A § 740, extends the admiralty jurisdiction inland. All states by law have access to the sea.  Therefore any land locked country has an easement, so to speak, across other countries in order to get to the sea.  All states have an admiralty jurisdiction in all of their courts IN FACT and that;

## RESTRICTIONS

#1. The Third Party Libellee/Defendants are estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY  ACQUIESCENCE".

The Third Party Libellees/Defendants are forever barred from arguing and controverting the issues of the " CONTRACT/CLAIMS" and are bound strictly in their prove up of their response by Affidavit, point for point, under their unlimited liability Commercial Oath and Verification, "within the Admiralty". Failure in confining their position and submissions, oral or written, before this court finds them in Commercial Trespass and Breach of their Contract. This AGREEMENT/ CONTRACT is protected pursuant to US Constitution, Article I Section 10, and the D.C. Codes in regarding "THE IMPAIRMENT OF CONTRACTS".

#2. The Third Party Libellees/Defendants have received Notice of Default, and therefore, should they make a hostile presentment before this court, written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provides for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest.

## FACTS

#1. The injured third party petitioner/libellant, intervener exhausts the Administrative Remedies and serves the third party Libellees, et al. a Petition for Agreement and Harmony in the nature of a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY File # JAAA012712 by Certified Mail on or before January 30, 2012 CONSTRUCTIVE NOTICE AND DEMAND FOR DIRECT CHALLENGE TO PERSONAL AUTHORITY, RESPONSE'S AND PREAMBLE UNREBUTTA AFFIDAVIT is served  by Certified Mail Upon the Libellees, See Exhibit A copy attached IN FACT and that;

#2. On or before March 5, 2012, a NOTICE OF FAULT – OPPORTUNITY TO CURE is served by Certified Mail upon the Libellees et al. see Exhibit "B" copy attached  IN FACT and that;

#3. On or before March 26, 2012, a NOTICE OF DEFAULT is served by Certified Mail upon the Libellees, see Exhibit C  copy attached  IN FACT and that;

#4.  All parties failed to respond and answer and are in Collateral Estoppel, Tacit Procuration, Stare Decisis, Estoppel by Acquiescence and Res Judicata by Agreement and cannot proceed Administrative or Judicial without committing perjury and causing further injury to the third party libellant IN FACT and that;

#5. The third party libellees can not obtain a dismissal or summary judgment without sworn competent witness testimony and cannot do so because they are estopped by their own actions and inactions and any attempts to appear are a hostile presentment before this Court and are further culpable IN FACT and that;

#6. There is no controversy from any party that stands, and this Court is mandated to enforce the Agreement/Contract and grant the relief as sought in the Accounting and True Bill, or they are found in violation of the impairment of contracts pursuant to Article 1, § 10 of the United States Constitution and the D.C. Codes IN FACT and that;

#7. If the court attempts to dismiss the injured third party petitioner/libellant, intervener's claim, it is a VOID JUDGMENT pursuant to FRCP 60 (b)(4) STATEMENTS OF COUNCIL IN BRIEF OR IN ARGUMENT ARE NOT SUFFICIENT FOR **A MOTION TO DISMISS OR FOR SUMMARY JUDGMENT** Trinsey V. Pagliaro D.C. Pa (1964), 229 F. Supp 647 for lack of subject matter jurisdiction and judicial misconduct and Scienter Criminal Act without immunity IN FACT and that;

#8. Any attempts by anyone to trespass the injured third party petitioner/libellant, intervenor's claim Agreement/Contract is committing Criminal Barratry and Piracy on the high seas of Admiralty law IN FACT and that;

#9. The injured third party petitioner/libellant, intervenor holds a priority commercial claim against the debtor named JERRY ALI AZIZ AL-SHARIF, Stramineus Homo, A U.S. Vessel by legal definition, and no one has an insurable interest other than the injured third party petitioner/libellant, intervenor IN FACT and that;

#10. Because case # JAAA01272012 is filed on parties within an insolvent state and nation there is an insurance interest issue in this instant action and that Unknown d.b.a. JOHNETTE CARTER REVENUE OFFICER, US VESSEL has insured this case and/or bonded under her/his errors and Omissions Insurance policy; she/he is found in insurance fraud, mail fraud, wire fraud, and conspiracy to commit such, and undue enrichment, fraud, and numerous other Scienter Acts, including, but not limited to, Continuous Torts IN FACT and that;

#11. The risk management for is under notice that there is continuous irreparable harm and damage to the injured third party petitioner/libellant, intervenor and the bonds and insurance in this instant action belong to the injured third party petitioner/libellant, intervenor, and the substitute plaintiff trustee/third party co-Libellee JOHNETTE CARTER REVENUE OFFICER, US VESSEL is the obligated party and does surrender her/his Public

Hazard Bond and risk management of the  by taking such risks in promulgating this instant action in bad faith and fraud and causing an injury in the Public IN FACT and that;

#12. The Third Party Intervenor/Libellant is the Holder in Due Course of the US Vessel and its Trade Name by security agreement and a UCC 1 Financing Statement #121-2004- 001289 filed with the Secretary of State of Georgia, The Petitioners/Claimants, Jerry A. Al-sharif, are without remedy to vacate, remove or replevin liens, levies and property respectively; in that, due to lack of procedural due process i.e., a filing of libel before mesne process, as mandated in the district courts of the U. S. "In  Admiralty", by the Respondents/Libellees et. Al.,(see Exhibit "D"copy attached, Certificate of Search Dated 12/28/2011, Clerk of the Court), therefore, Petitioner only redress in the premises is for the court to review this petition and make further inquiry into the acts of omission or commission by the Respondents/libellees et.al,. by the  Judges of this Court Pursuant to Title 18 USC §§ 4, 3, and 2. IN FACT and that;

#13. The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court attached to this pleading as though fully incorporated thereof and is found under the heading PETITION FOR AGREEMENT AND HARMONY IN THE NATURE OF A NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY IN FACT and that;

#14. The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court attached to this pleading and is found under the heading UCC-1 FINANCING STATEMENT #121-2004- 001289 (see Exhibit E copy attached), which is conclusive evidence that the Injured Third Party Intervenor/Libellant is the superior lien holder of the US VESSEL and TRADE NAME registered as JERRY ALI AZIZ AL-SHARIF IN FACT.

## STATEMENTS AND INQUIRES

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial strawman, co-party organization and trust created by the State or Federal government.
ANSWER: [Admits/Acknowledge if no answer is provided]
THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.
ANSWER: [Admits/Acknowledge if no answer is provided]
THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, Willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's

claim on non-surety status.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

5. Libellee(s) admits Jerry Ali Aziz Al-Sharif has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Georgia Secretary of State in the form of UCC 1 and its amendments.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

6. Libellee(s) admits Libellant is an agent for JERRY ALI AZIZ AL-SHARIF, not a trustee or liable party.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

7. Libellee(s) admits they have never disclosed that fines and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

8. Libellee(s) admits its Officers and Co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment,   Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

9. Libellee(s) admits any immunities, whether Absolute or Limited are not protective in their acts of Bad Faith against JERRY ALI AZIZ AL-SHARIF and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

11. Libellee(s) admits  has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

13. Libellee(s) admits the Libellant notices  and its co-partners and the Public that by mistake  Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with JERRY ALI AZIZ AL-SHARIF or Jerry Ali Aziz; Al-Sharif
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

14. Libellee(s) admits all contracts and agreements and presentments by any and all Government Agent(s), Employees of Government, and Court Officers are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

15. Libellee(s) admits Libellee, , Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

17. Libellee(s) admits Libellee,  Officers have used fictitious names on commercial documents to deprive the Libellant of property.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

18. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

19. Libellee(s) admits Libellee,  Officers have made false and fraudulent entries into specially coded files such as Customer Transaction Account and that these files are coded for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

20. Libellee(s) admits,  Officers have never made a verified claim or signed an Assessment of Claim under penalty of perjury, true, correct, complete and not mislead JERRY ALI AZIZ AL-SHARIF
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

21. Libellee(s) admits that,  is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts
.**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

22. Libellee(s) admits that if the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant at the address provide only with a point by point description of any such errors and omissions within twenty  (20) plus  days of receiving this/Notice by Certified Mail or forever admit the lawful execution of this notice as a matter of the public record.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

23. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address provide only within the ten (10) days allotted or be forever barred

from contest under the doctrine or maxim of Collateral Estoppel.  5 USC §706
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

24 Libellee(s) admits it is mandatory to place themselves under unlimited liability commercial oath to secure integrity in their responses.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

25. Libellee(s) admits the harm created by her/ their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

26. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument and the Cleopatra Haslip v. Pacific Mutual Life Insurance Supreme Court standard of four (4) Compensatory and two hundred (200) times Punitive Damages shall prevail contractually.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

27. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.
 **ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

28. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing the JERRY ALI AZIZ AL-SHARIF SSN #████
  8890
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

### ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid by JERRY ALI AZIZ AL-SHARIF for the years 2001 and 2010 where an Libellant paid monthly payments, plus all late fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to  personnel and "Acceptance for Value" paperwork through April 16, 2012.

### COMPUTED AS FOLLOWS

| | |
|---|---|
| $ 44,154.00 | Refund due JERRY ALI AZIZ AL-SHARIF. for years 2001, 02,03,04,05,06,07,08,09,2010 |
| $ 26, 417. 54 | Funds fraudulently levied as of April 16, 2012 subject to change |
| $ 600,000.00 | Damages/liability from fraudulently Lien's/ Levy's |
| $    450.00 | $75.00/hour for time spent on documents presented by Libellees plus postage |
| $ 671,021.54 | Sum Certain of Actual Cost Funds |

### CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| $ | 671,021.54 | Sum Certain of Actual Cost Funds |
| | x 4 | Rights Violations Compensation Multiplier |
| $ | 26,840,086.16 | Compensatory Damages |

| $ | 26,840,086.16 | |
| | x 200 | Sum Certain of Actual Cost Funds Punitive Compensation Multiplier |
| $ | 53, 681,172.32 | Punitive Damages |
| $ | 26,840,086.16 | Compensatory Damages |
| | $53,681,172.32 | Punitive Damages |
| | $ 80,521,258.48 | Total Damages for Conversion |

## SUM CERTAIN FOR CONVERSION

### $80,521,258.48    as of April 15, 2012

### EIGHTY MILLION FIVE HUNDRED TWENTY ONE THOUSAND TWO  HUNDRED FIFTY EIGHT DOLLARS AND FORTY EIGHT CENTS

## CONCLUSION

1. That the Injured Third Party Intervenor/Libellant is demonstrating to this court that he holds in due course the conclusive evidence perfected in Administrative Law that without a doubt or reservation he is the holder in due course of the CLAIM/AGREEMENT/CONTRACT and holds the BOND pursuant to the Uniform Commercial Code IN FACT and that;

2. The Third Party Defendants/Libellees are failing to state a claim by which relief can be granted pursuant to FRCP 12 (b) (6) IN FACT and that;

3. Failure of this court to enter and execute JUDGMENT BY ESTOPPEL in favor of Injured Third Party Intervenor/Libellant is denial of due process and equal access to justice and creates another injury in the public and enlarges the SUM CERTAIN 4 times compensatory and 200 times punitive IN FACT.

## RELIEF SOUGHT

1. That the AGREEMENT/CONTRACT be enforced as the third party/defendants/libellees are in trespass and violation of the AGREEMENT/CONTRACT and are failing to state a claim upon which relief can be granted.

2. That the Court enforce the Administrative findings in the perfected agreement and the order of relief by enforcement of the Agreement/Contract and the accounting and true bill found in the Administrative Findings/Administrative Remedy File #JAAA01272012, for injury against and sustained by the injured third party petitioner/libellant, intervenor; compensatory damages and punitive damages pursuant to CLEOPATRA HASLIP et al. v. PACIFIC MUTUAL LIFE INSURANCE, INC. 499 U.S.1, 113 Fed 2d 1, 111 § 1032, with a sum certain of $ 98,334,309.00 USD, to be paid in full by the third party libellees by July 16, 2012. will apply to original Libellees and any other DOES, ROES and MOES who trespass the AGREEMENT/CONTRACT JUDGMENT BY ESTOPPEL.

3.   That the court expunge the files of all actions in court or other actions of at the Richmond  County Recorder and/or the Georgia Secretary of State of JERRY ALI AZIZ AL-SHARIF, US VESSEL.

4. That the court order a Data Integrity Board and Comptroller of the Currency Investigation pursuant to 5 U.S.C. 552(a)(d) for this instant action.

5. That the Court Clerk/Warrant Officer enforce any Certificates of Exigency for any and all hostile presentments appearing in this court, written or oral, after the default found in the Administrative Law Process, is a Criminal Act, and a Certificate of Exigency will be filed with the warrant officer/court clerk, which mandates a warrant of arrest for all parties now found in criminal acts according to the provisions "within the admiralty."

6. Any other relief deemed appropriate by this Court.

And further Affiant Sayeth Naught

By _____ , affiant
Jerry Ali Aziz Al-Sharif /Sui Juris

### COMMERCIAL OATH AND VERIFICATION

| | | |
|---|---|---|
| Richmond County | ) | |
| | ) | Commercial Oath and Verification |
| The State of Georgia | ) | |

Libellant, Jerry Ali Aziz, Al-Sharif, under his Commercial Oath with unlimited liability proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth so help me God.

_____
Jerry Ali Aziz; Al- Sharif, /Sui Juris/ Creditor Libellant/Affiant

The State of Georgia ) 
) ss
Richmond County )

Subscribed before me, Herman Keith Jr a Notary Public, this 17th day of

April, 2012

_Herman Keith_

Notary/Signature

EXP 3 Jan 16

Seal

**CERTIFICATE OF MAILING**

I certify that a True and Correct Copy of the afore document is served upon the following parties by pre-paid

Certified US Mail this 17th day of April 2012.

Libellee: Johnette Carter et al,
INTERNAL REVENUE OFFICER
777 GLOUSTER STREET Suite 413
Brunswick Georgia 31520

In care of: JOHNETTE CARTER, Mail Carrier, Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union

_Jerry Ali Aziz; Al-Sharif_ Third Party Intervenor/Libellant

Jerry Ali Aziz; Al-Sharif /Sui Juris

**AFFIDAVIT OF MAILING**

State of Georgia )
County of Richmond )                ss.                    March 03, 2012

The following documentation was mail to the individual listed below by U.S. Postal Service Certified mail Receipt at the address listed:

JOHNETE CARTER
Internal Revenue Service
777 GLOUSTER ST Siite 413
Brunswick Georgia 31520

To: Douglas H. Shulman Commissioner
Internal Revenue Service
1111 Constitution Ave NW
Washington, DC 20224 Cert Mailing NO: 7007 0220 0003 7530 3014

On this Third day of the Third Month in the Year of Our Lord Two Thousand Twelve. I mailed copy of:

- **NOTARY CERTIFICATE METHODS NOTICE OF FAULT AND OPPORTUNITY TO CURE DATED 030312 Pages 2**

   **Total Two (2) pages mailed herewith, (not including this Affidavit of Mailing), by United States Postal Service CERTIFIED Mail # 7009 3410 0000 8548 1668/7007 0220 0003 7530 3014. Upon Following person listed above and CC:**

I declare under penalty of perjury under the laws of the United States of America that the above is true, correct, and complete, and that this Affidavit of Mailing was executed on the 3 rd Day of the Third Month in the Year of Our Lord Two Thousand Twelve at Richmond County, Georgia.

_Jerry A. A/ AL-Sharif UCC1-308_

CC: Douglas H Shulman Commissioner, Internal Revenue Service, 1111 Constitution Ave NW Washington, DC 20224Certified Mailing No: 7007 0220 0003 7530 3014

*Exhibit "B"*

NOTARY CERTIFICATE METHOD

Notice of Fault and Opportunity to Cure

To:Johnette Carter IRS AGENT
Internal Revenue Service                    Certified Mailing No.7009 3410 0000 8548 1668
777 GLOUESTER ST, STE 413
Brunswick, Georgia 31520

To: Douglas H. Shulman Commissioner
Internal Revenue Service
1111 Constitution Ave., NW
Washington , DC USA 20004 Certified Mailing No. 7007 0220 0003 7530 3014

Notice of Fault and Opportunity to Cure

Date: March 03, 2012

Dear Ms. Carter
Mr. Shulman,

On January 30, 2012, the undersigned Secured Party caused to be sent to you a
Constructive Notice of Demand for Verification of authenticity of Authority, Nunc Pro
Estoppel At Law and Public Notice Rescision Affidavit, UCC Financing Statement
No.121-2012 000126 and other sundry documentations you via certified mail Number
7009 3410 0000 8548 1385 and 7009 3410 0000 8548 1378.

You failed to perform after receiving these presentments From Jerry A. AL-Sharif,
and you failed to perform by providing the requested and necessary Proofs of Claim after
receiving the said Notice and Demand For Verification Authenticity of Authority, Nunc
Pro Estoppel At Law and Public Notice Rescission Affidavit, UCC Financing Statement
and other sundry documentations from the undersigned.

As the Respondent, you are now at fault and you are in agreement and have stipulated
to the terms of the undersigned's date present through your dishonor. You have the right
to cure this fault and perform according to the said term within the Ten (10) Days from
the postmark of this Notice.

Should you fail to cure your fault, this Notice and the undersigned's Affidavit with
establish the facts of the Respondents default and general acquiescence to the matter
Predicated upon Respondents silence, pursuant to and relative to UCC, State Statute and
otherwise. The Notary is held harmless in his/her personal and private Capacity; all
documents were prepared by Secured Party.

Thank you for you prompts attention to this matter.

*Exhibit "B"*

Sincerely,                                    Without Prejudice

Item No: JAAA01272012

                                    Jerry A. AL-Shairf UCC1-308
                                    Affiant/Claimant Secured Party
                            Authorized Representative, Attorney- In-Fact

Subscribed to and Sword BEFORE ME THIS 3rd DAY March 2012

                            Notary Signature/Name Corliss Murray

My Commission Expires On: July 17, 2012

Seal/Stamp



*Exhibit "B"*

**AFFIDAVIT OF MAILING**

State of <u>Georgia</u>        )
                             )    ss.                          March 26, 2012
County of <u>Richmond</u>      )

The following documentation was mail to the individual listed below by U.S. Postal Service Certified mail Receipt at the address listed:

JOHNETE CARTER
Internal Revenue Service
777 GLOUSTER ST Silte 413
Brunswick Georgia 31520

On this 26 Th day of the Third Month in the Year of Our Lord Two Thousand Twelve. I mailed copy of:

- **NOTARY CERTIFICATE METHODS OF DEFAULT DATED 032412 Pages 2**

    **Total Two (2) pages** mailed herewith, (not including this Affidavit of Mailing), by United States Postal Service CERTIFIED Mail # 7009 3410 0000 8548 1699. Upon Following person listed above and CC:

I declare under penalty of perjury under the laws of the United States of America that the above is true, correct, and complete, and that this Affidavit of Mailing was executed on the26th Day of the Third Month in the Year of Our Lord Two Thousand Twelve at Richmond County, Georgia.

_____
Jerry A. A. AL-Sharif UCC1-308

CC: Douglas H Shulman Commissioner, Internal Revenue Service, 1111 Constitution Ave NW Washington, DC 20224Certified Mailing No: 7009 3410 0000 8548 1705

*Exhibit "C"*

**Jerry Ali A. AL-Sharif**
c/o P.O. Box 6661
Peach Orchard Road
Augusta, GA 30916

Control Ref No: 01272012-JAAA

JOHNETTE CARTER
INTERNAL REVENUE SERVICE  Certified Mail#7009 3410 0000 8548 1699
777 GLOUESTER ST Suite 413
BRUNSWICK, GEORGIA 31520

Douglas H. Shulman Commissioner     Certified Mail# 7009 3410 0000 8548 1705
INTERNAL REVENUE SERVICE
1111 Constitution Ave, NW
WASHINGTON, DC 20004

                Respondents

**NOTARY CERTIFICATE METHODS OF**

**DEFAULT**

| |
|---|

*State of Georgia*       )         *NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
                  ) ss      *NOTICE TO PRINCIPAL IS NOTICE TO AGENT*
*Richmond County)*

    The parties to the contract/presentment entitled, CONSTRUCTIVE NOTICE OF DEMAND FOR
VERIFICATION OF AUTHENTICITY OF AUTHORITY, NUNC PRO ESTOPPEL at Law and Public
Notice Rescission Affidavit, UCC Financing Statement No: 121-2012-000126, Response's Notice of Ley's
and Lien's, and PREAMBLE ", are in full agreement regarding the following:

1.      I, Jerry A. Al-Sharif, herein "Affiant", I am competent to state to the matters included in this
        declaration, have knowledge of the facts, and declared that to the best of my knowledge, the
        statements made in this affidavit are true, correct, and not meant to mislead;

2.      Johnette Carter is herein addressed in her/ his private capacity, but in his public capacity is a citizen
        and resident of the State of Georgia and is participating in a commercial enterprise with her/his
        INTERNAL REVENUE co-business partners, including but not limited to INTERNAL REVENUE
        SERVICE , hereinafter collectively referred to as "Respondent";

3.      Affiant at no time has willing, knowingly, intentionally, or voluntarily agreed to subordinate their
        position as creditor, through signature, words, actions, or inaction's; Pre RYDER v. UNITED
        STATE Supreme Court stated in order to avoid Implication of *de Fact officer doctire*  when
        challenged, those posing as government officers and agents are requied to  affirmatively proved
        whatever authority they claim. In the absence of proof, they may be held personally accountable for
        loss, injury and damages.

*Exhibit "C"*

4.      Affiant is not a party to a valid contract with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent;.

5.      On January 30 2012, Affiants/Jerry A. Al-Sharif mailed a constructive notice and demand for Direct Challenge to Personal Authority, Response's Levy's and Lien's, Preamble to JOHNETTE CARTER, DOUGLAS H. SHULMAN d.b.a Commissioner and d.b.a. INTERNAL REVENUE OFFICER with INTERNAL REVENUE SERVICE Respondent 20 days to answer.

6.      On March 16, 2012 I received Certified Green Card receipt indicating from USPS, THAT designated/Respondents/JOHNETTE CARTER, DOUGLAS H. SHULMAN received documentations.

7.      Jerry Ali A. Al-Sharif Affiant, sent NOTARY CERTIFICATE MEHTODS / Notices of Fault and Opportunity to Cure allowing Respondent additional time to respond, however no response has been received so Respondent has fully agreed to all of the facts in the Constructive Notice and Demand for Direct Challenge to Personal Authority and the Preamble Affidavit, Including being held personly liability for all damages cause by her illegal misconduct under the Color of Law and any other damages and whatever relief the Court may fine.

It has been said, so shall it be done.

Dated this 24th day of March 2012.

_Jerry A. Al-Sharif Affiants_

State Georgia        )
                     ) ss      _ACKNOWLEDGEMENT_
County of Richmond   )

_As a Notary Public for said County and State, I do hereby certify that on this 17th day of JULY 2012 the above mentioned appeared before me and executed the foregoing. Witness my hand and seal:_

_Notary Public_

$Exhibit\ "c"$

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

(706)849-4400

December 28, 2011

Jerry A. Al-Sharif
1971 Pitchwood Way
Hephzibah, GA 30815

Mr. Sharif:

After a thorough and complete search of our court records for the following name listed below:

Jerry Ali Aziz Al-Sharif

the Clerk has found the following case to case to be connected to the above-listed name. The assigned case

number and case caption are as follows:

Civil Action Case No. CV 107-050

Jerry Ali Aziz Al-Sharif,

        Plaintiff,
vs.

United States of America, et al.,

        Defendants.

Date filed: 04/02/2007.  Date closed: 02/12/2008.

There are no other records found to be associated with this name.



Sincerely yours,

SCOTT L. POFF, CLERK

Deputy Clerk

*Exhibit "D"*

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

01 MAY 28  AM 10: 02

121-2004
001289

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Jerry Ali Aziz Al-Sharif
c/o 1731 Pitchwood Way
Hephzibah, Georgia [30815]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME AL-SHARIF, JERRY ALI AZIZ, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS C/O P.O. BOX 2046 | CITY AUGUSTA | STATE GA | POSTAL CODE 30903 | COUNTRY USA |
|---|---|---|---|---|

| 1d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any | [X] NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME Al-Sharif | FIRST NAME Jerry | MIDDLE NAME Ali Aziz | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS c/o 1731 Pitchwood Way | CITY Hephzibah | STATE Georgia | POSTAL CODE [30815] | COUNTRY USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral

**This is Actual and Constructive Notice that all of Debtor's interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party.**
**NOTICE:** In accordance with USC – Property – This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction #121-2004 000663; Certificate of Birth document #473; Employer Identification #252968890; UCC Contract Trust Account #7003 1680 0007 3236 5647; All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10 and UCC 10-104. All proceeds, products, accounts, fixtures and the orders therefrom are released to the Debtor.
**AL-SHARIF, JERRY ALI AZIZ, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | [ ] LESSEE/LESSOR | [ ] CONSIGNEE/CONSIGNOR | [ ] BAILEE/BAILOR | [ ] SELLER/BUYER | [ ] AG.LIEN | [ ] NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | [ ] All Debtors | [ ] Debtor 1 | [ ] Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Jerry Ali Aziz Al-Sharif*

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Exhibit (E)*



121-2004-1289

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | | |
|---|---|---|---|
| OR | 9a. ORGANIZATION'S NAME<br>AL-SHARIF, JERRY ALI AZIZ, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (11a or 11b) – do not abbreviate or combine names | | | | |
|---|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | | |
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d TAX ID #: SSN OR EIN | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 11e TYPE OF ORGANIZATION | 11f JURISDICTION OF ORGANIZATION | 11g ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

| 12. | ADDITIONAL SECURED PARTY'S  or  ASSIGNOR S/P'S NAME - insert only one name (12a or 12b) | | | |
|---|---|---|---|---|
| OR | 12a. ORGANIZATION'S NAME | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

| 17. Check only if applicable and check only one box. |
|---|
| Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate |
| 18. Check only if applicable and check only one box. |
| ☒ Debtor is a TRANSMITTING UTILITY |
| ☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years |
| ☐ Filed in connection with a Public-Finance Transaction – effective 30 years |

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Exhibit (E)

**STATE OF GEORGIA**

**RICHMOND COUNTY**

**CLERK'S OFFICE**

**SUPERIOR COURT**

I, _____ DEBBIE HORTON _____ , Deputy Clerk of the Superior

Court of Richmond County, Georgia, hereby certify that the foregoing is a true copy

OF: UCC FINANCING STATEMENT _____

DEBTOR:   AL-SHARIF, JERRY ALI AZIZ _____

_____

SECURED PARTY:   Al-Sharif, Jerry Ali Aziz _____

_____

ASSIGNED PARTY: _____

_____

of title of record in this office at file # _____ 121-2004-1289 _____

Witness my signature and the seal of said court hereto affixed at Augusta, Georgia

this  28th  day of _____ MAY 2004 _____

*Debbie Horton*

DEPUTY CLERK

*Exhibit (B)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery   01/30/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

1. Article Addressed to:

JOHNETTE CARTER
IRS AGENT
777 Gloucester ST
Ste 413
Brunswick, GA 31520

Exhibit A,B,C

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   70   7009 3410 0000 8548 1378

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Johnette Carter
777 Glouester ST
iSTE 413
Brunswick, GA
31520

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7009 3410 0000 8548 1668

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E. Nelson   ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E. Nelson   3/28/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

1. Article Addressed to:

Johnette Carter
IRS 777 Glouster ST
Ste 413
Brunswick, Georgia
31520

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   700   7009 3410 0000 8548 1699

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Jerry ali A. Al-Sharif**
**c/o P.O.Box 6661 Peach Orchard Rd**
**Augusta, Georgia [30916-9998]**

CLERK OF SUPERIOR, STATE
AND JUVENILE COURT
FILED FOR RECORD

2012 JAN 27  AM 9: 26

ELAINE C. JOHNSON, CLERK
RICHMOND COUNTY, GA.

121-2012

000126

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| AL-SHARIF | JERRY ALI | AZIZ | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O P.O.BOX 6661 PEACH ORCHARD RD | AUGUSTA | GA | 30916 | uSA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Al-Sharif | Jerry Ali | Aziz | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 1731 Pitchwood Way | Hephzibah | Georgia | [30815] | uSA |

4. This FINANCING STATEMENT covers the following collateral:
This filing includes attached:

1) Constructive Notice and Demand for Direct Challenge to Personal Authority
2) Response's Notice of Levy dated 02/07/2011/Lien's date and Number:01/11/2011  741866111, 741866011,741865911,793298011, 01/04/2012 839798312
3) Preamble

   Adjustment of this filing is in accord with UCC1-301, 1-104 and house joint Resolution 192 of June 5, 1933, Secured Party accepts Debtor's signature in accord with UCC 1-201(39), 3-401

*OK Jaaa*

| 5. ALTERNATIVE DESIGNATION (if applicable) ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG.LIEN ☒ NON-UCC FILING |
|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

## Secured Party:

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | | |
|---|---|---|---|
| | 9a. ORGANIZATION'S NAME | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | AL-SHARIF | JERRY ALI | AZIZ |

**10. MISCELLANEOUS:**

*121 - 2012   126* (handwritten)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (11a or 11b) – do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| | 11a. ORGANIZATION'S NAME | | | |
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | | | | |
|---|---|---|---|---|
| | 12a. ORGANIZATION'S NAME | | | |
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16. Additional collateral description:** See the attached sheet(s)

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

| | |
|---|---|
| X | Debtor is a TRANSMITTING UTILITY |
| | Filed in connection with a Manufactured-Home Transaction – effective 30 years |
| | Filed in connection with a Public-Finance Transaction – effective 30 years |

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

**Constructive Notice of Demand**
**For**
**Direct Challenge to Personal Authority**

**From:** Jerry Ali Aziz Al-Sharif
c/o P.O. Box 6661 Peach Orchard Rd
Augusta, Georgia 30916

Douglas H. Shulman
Commissioner                          Certified Mailing No: 7009 3410 0000 8548 1385
Internal Revenue Service
1ll1 Constitution Ave., NW
Washington, DC USA 20004

JOHNETTE CARTER IRS AGENT
Internal Revenue Service            **Certified Mail#** 7009 3410 0000 8548 1378
777 GLOUESTER ST, STE 413
BRUNSWICK,GA 31520

To Include: Any and All agents and/or employees of the IRS.

**PURPOSE:** Constructive Notice of Demand for Verification of authenticity of authority.
**RE: Letter** (NOTICE OF LEVY 020711 Form 668-W(ICS), NOTICE OF LIEN'S Form 668(Y)(c)
Dated 01/11/2001 & 06/14/2001,01/04/2012 # 741866111,741866011,741865911,793298011,
8399798312 ), Originating with JOHNETTE CARTER Agent, operations Manager of ACS Support-
purposed notice of Intent to Levy for tax year 2001- thru 2010 . This Notice of Demand shall include
Any and All past, present or future actions, criminal or civil, by ANY and ALL IRS agents or
employees.

Dear Mr. Shulman and Ms. Carter,

**After considerable review of the Internal Revenue Code, Treasury regulations, published**
**Internal Revenue Service policy, The Hand Book For Special Agents and the Administrative**
**Procedure Act requirements and Supreme Court decisions upholding these requirements, it**
**appears that you are operating outside of venue and subject matter jurisdiction of the Internal**
**Revenue Service.**

Let me start with the Internal Revenue Manual4.10.7.2.9.8 (05-14-99). It states:

1. "Decisions made at various levels of the court system are considered to be interpretations
   of tax laws and may be used by **either examiners or taxpayers** to support a position."

   "Certain court cases lend more weight to a position than others. A case decided by the
   U.S. Supreme Court becomes the law of the land and takes precedence over decisions of
   lower courts. The Internal Revenue Service must follow Supreme Court decisions. For
   examiners, Supreme Court decisions have the same weight as the Code."

Per **RYDER v. UNITED STATES,** 115 S. Ct 2031, 132 L.Ed2d 136,515 U.S. 177, I am required to initiate a direct challenge to authority of anyone representing himself or herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of *de facto* officer doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of proof, they may be held personally accountable for loss, injury and damages.

To claim ignorance of the law is not an excuse to disobey the law as written. It is the responsibility of every person to know what the law says and to stay within the limitations of said law. The courts have upheld this time and time again as these cases will show.

**CONTINENTAL CASUALTY CO. v. UNITED STATES**, 113 Fld 284 (5* Cir. 1940): "Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal. and all persons dealing with such agents are charged with knowledge of the extent of their authority."

**TRUAX v. CORRIGAN**. 275 U.S. 312, 332 (1921) "Thus the guarantee was intended to secure equality of protection not only for all but against all similarly situated Indeed, protection is not protection unless it does so. **Immunity granted to a class however limited. having the effect to deprive another class however limited of a personal or property right. is just as clearly a denial of equal protection of the laws to the latter class** as if the immunity were in favor of, or the deprivation of right permitted worked against, a larger class."

"It, of course, tends to secure equality of Jaw in the sense that it makes a required minimum of protection for everyone's right to life, liberty, and property, which the Congress or the Legislature may not withhold Our whole system of law is predicated on the general fundamental principle of equality of application of the law. 'All men are equal before the law,' 'This is a government of laws and not of men,' 'No man is above the law,' are all maxims showing the spirit in which Legislatures, executives and courts are expected to make, execute and apply laws."

In **FEDERAL CORP INSURANCE v. MERRILL**. 332 U.S. 380, The Supreme Court ruled: "Whatever the form in which the government functions, anyone entering into an arrangement with the government takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority."

And again in **FROST & FROST TRUCKING CO. v. RAILROAD COMM'N OF CALIFORNIA**. 271 U.S. 583 the court ruled:

"It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution."

**HARMAN v. FORSSENIUS**. 380 U.S. 528, 540 (1965) the Supreme Court ruled:

" ... constitutional deprivations may not be justified by some remote administrative benefit to the State. Pp. 542-544.

This is only the beginning of the many Supreme Court rulings that the IRS and it's agents and employees seem to ignore in spite of the IRS's own manual stating:

"Decisions made at various levels of the court system are considered to be interpretations of tax laws and may be used by either examiners or taxpayers to support a position." "Certain court cases lend more weight to a position than others. A case decided by the U.S. Supreme Court becomes the law of the land and takes precedence over decisions of lower courts. The internal Revenue Service must follow Supreme Court decisions. For examiners, Supreme Court decisions have the same weight as the Code."

In reviewing the Administrative Procedure Act, it has come to my attention that the IRS does not publish all of their regulations in accordance to the Act For instance, codification of Part 600, except § 600.l(b} have been discontinued. This was published in the Federal Register in October, 1948 and reads: (See Exhibit A)

Federal register, 13 Fed. Reg. 7710:

1.  The head note of Subchapter F is amended to read "Records and Procedure."

2. Codification of Part 600, except § 600.1 (b), is discontinued. Future amendments to the statement of organization of the Bureau of Internal Revenue will appear in the Notices section of the FEDERAL REGISTER.

If you will consult§ [5.1] 11.9 of the Internal Revenue Manual, you will find the IRS personnel do not have delegated authority to execute Form 1040 (individual), 1041 (trust) & 1120 (corporation/business) substitute returns under provisions of 26 U.S. C.§ 6020(b).  It follows that if IRS personnel do not have delegated authority to unilaterally execute these returns, Form 1040, 1041 and 1120 returns are not mandatory.
Further investigation of assignment of OMB control numbers reveals for example, 26 C.F.R. § 20.6091- 1 (estate tax) was assigned control number "1545-0015," which is the number for estate tax Form 706. Number 1545-0020 was assigned to 26 C.F.R. §§ 25.6091-1 and 25.6091-2 (gift tax); this is the number for gift tax Form 709. Clearly, the IRS cannot deny that it knows that any regulations implementing§ 6091 require the assignment of control numbers.

Upon review of Form 1040 NR, 26 C.F.R § 1.6091-3 ("International") displays a control number, which is 1545-0089. (See Exhibit B) However, Form 1040 Individual Income Tax Return does not display a control number. (See Exhibit C)
So again, we must turn to the courts and see what rulings have been made on this issue.

## UNITED STATES v. TWO HUNDRED THOUSAND AND DOLLARS ($200.000) IN UNITED STATES CURRENCY. 590 f. Supp. 866 (S.D. Fla. 1984)

"However, the regulations are incomplete in this case without the forms, because the regulations do not set forth the information a traveler will be required to furnish on the forms, specifically form 4790," Id at 869.

The Court found that the form itself constituted an agency "rule" and not "law".

"Interpretative rules are 'statements as to what the administrative officer thinks the statute or regulation means', ... whereas substantive rules, such as Form 4790, are issued by an agency pursuant to statutory authority which have the force and effect of law ... It is also apparent that Form 4790 is not a 'general statement of policy' as would be exempted from the publication requirement under 5 U.S.C section 553(b). That Form 4790 is a 'legislative' rule rather than an interpretive one or a general statement of policy is apparent from the fact that the form was clearly intended to implement the pertinent statute ... and the regulation. .. ; section 551(4) of the APA (Administrative Procedure Act) distinguishes agency statements designed to implement a law from these designed to interpret it," I d., at 870, 871.

"Given the scope of the information which customs Form 4790 requires a traveler to furnish, as well as the Form's role as an implementing mechanism for the reporting regulations, Form 4790 is a substantive and implementing rule which falls within none of the acceptable exemptions under the APA and should have been published in the Federal Register," Id., at 871, 872.

You will find this ruling consistent with **GONZALEZ v. FREEMAN**. 334 F.2D 570 (D.C. Cir. 1964) where the court ruled:

"The command of the Administrative Procedure Act is not a mere formality. Those who are called upon by the government for a countless variety of goods and services are entitled to have notice of the standards and procedures which regulate these relationships. Neither appellants nor others similarly situated can turn to any official source for guidance as to what acts will precipitate a complaint of misconduct, how charges will be made, met or refuted, and what consequences will flow from misconduct if found," Id., at 578.
"Considerations of basic fairness require administrative regulations establishing standards for debarment and procedures which will include notice of specific charges, opportunity to present evidence and to cross-examine adverse witness, all culminating in administrative findings and conclusions based upon the record so made," Id., at 578
"[W]e cannot agree that Congress intended to authorize such consequences without regulations establishing standards and procedures and without notice of charges, hearings, and findings pursuant hereto. Absent such procedural regulations and absent notice, hearing and findings in this case, the debarment is invalid," Id., at 579

Again in **BOTCH v. UNITED STATES,** 212 F.2D 280, 283 (9"' Cir 1954), the court again ruled:

"The acts set up the procedure which must be followed in order for agency rulings to be given the force of law. Unless the prescribed procedures are complied with, the agency (or administrative) rule has not been legally issued, and consequently is ineffective."

As well as in **BERENDS y. BUTZ**. 357 F.Supp.144 (D. Minn. 1973).

"In adopting the directive of December 27, 1972, defendants did not comply with even one of these mandatory requirements, despite the fact that the directive would have a substantial impact on those regulated, and hence is a 'rule' as contemplated in the statute," Id., at 154. "Inherent in these provisions is the concept that the public is entitled to be informed as to the procedures and practices of a government agency, so as to be able to govern their actions accordingly. The termination of the emergency loan program was without any notice, and was in violation of the statute," Id., at 155.

And yet again in **CHEEK v. UNITED STATES. 498 U.S.192 (1991)** the Supreme Court established that, inter alia, persons could be held accountable and liable in accordance to the long established practice of the common law. **"-.that when it came to tax law, because of the complexity of tax law, that the rights of such persons were different, were not the same as with the common law, but were greater as to the right to know and understand the tax laws on a more through basis."**

The Internal Revenue Service, successor of the bureau of Internal Revenue, was not created by Congress, as required by Article I § 8, clause 18 of the Constitution of the United States; so cannot legitimately enforce internal revenue laws of the United States in States of the Union. **(See Statement of IRS organization at 39 Fed. Reg. 11572, 1974-1 Cum. Bul. 440, 37 Fed. Reg. 20960, and the Internal Revenue Manual 1100 through the 1997 edition; Article I § 8, clause 18 vests Congress with complete responsibility for facilitating power of Government of the United States via legislation:** [The Congress shall have Power] To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by the Constitution in the Government of the United States, or in any Department or Officer thereof."

In the historical statement, the Commissioner of Internal Revenue admitted that Congress did not create a Bureau of Internal Revenue via the 1862 act in which the office of Commissioner of Internal Revenue was created, but alleged that Congress intended to create a bureau. In reality, the 1862 legislation created the offices of "assessor" and "collector", in addition to the office of Commissioner of Internal Revenue. Assessors and collectors were appointed for each revenue district somewhat as U.S. Attorneys are appointed today. Those appointed to these offices continued to collect internal revenue within States of the Union until the Internal Revenue Code of 1954 was implemented. **The two offices were administratively abolished via Reorganization Plan No. 26 of 1950. The name of the Bureau of Internal Revenue was changed to Internal Revenue Service via Treasury Order #150-27, which was not published in the Federal Register in compliance with requirements of the Federal Register Act. (See 44 U.S.C. §§ 1501 et seq., particularly§ 1505(a))**

**UNITED STATES v. GERMAINE**. 99 U.S. 508 (1879**); NORTON v. SHELBY COUNTY**, 118 U.S. 425, 441, 6 S. Ct. 1131 (1886), and numerous other cases that reinforce the determination "there can be no officer, either *de jure* or *de facto,* if there be no office to fill.")

The Internal Revenue Service operates in an ancillary or other secondary capacity under contract, memorandum of agreement or some comparable device to provide services under original authority delegated to the Treasury financial Management Service or some other bureau of the Department of the Treasury; the contracted or otherwise authorized services extend only to government employees and employers, as defined at 26 U.S. C.§§ 3401(c) & (d). The authorization is essentially intagovernmental in nature; it does not extend to private sector enterprise in States of the Union.

The pocket Commission Handbook, located in Chapter 3 of Internal Revenue Manual § 1.16.3 Authorized Pocket Commission Holders, lists IRS personnel who are authorized to have pocket commissions. By cross-referencing to the delegation of authority to issue summonses, it appears that all IRS personnel authorized to issue summonses are under the assistant Commissioner (International). If the authorities are accurate, your proposed examination would constitute a sham preceding under color of authority of the United States. To the best of my knowledge, I have never received income from sources and activities subject to jurisdiction of the Assistant Commissioner (International).

Further, if you will consult Part 14 of the Internal Revenue Manual, "International", at§ 114.1, "Compliance and Customer Service Managers Handbook", you will find that examination, collection, criminal investigation and customer service functions are all categorized under the Assistant Commissioner (International). There is no corresponding categorization that might qualify as "domestic" operations. If you will consult 26 CFR § 601.101, you will find that IRS personnel have jurisdiction for examination and collection only within internal revenue districts; all other functions fall under jurisdiction of the foreign district director, now the Assistant Commissioner (International). The Secretary of the Treasury has never established internal revenue districts in States of the Union, as required-by 26 U.S. C. § 7621 AND Executive Order #10289. Therefore, you must be operating under presumption of Assistant Commissioner (International) jurisdiction. Federal income tax returns are allegedly required to be filed at IRS service centers. But the Administrative Procedures Act demands that any part of an agency's field structure which affects the domestic American public must be published in the Federal Register. The absence of publication in the Federal Register of these extremely important parts of the IRS field structure further indicates that the service centers do not legally affect the domestic American public and can, therefore, be ignored by the ordinary American wage earner living and working at home. However the IRS claims that the 16th Amendment places a liability on my labor but continues to ignore the fact that I am not or have ever been a corporation, resident Alien, or working abroad. The courts settled the issue of the 16th Amendment as the cases below will show but again, the IRS refuses to follow it's own rules and abide by the courts rulings.

Internal Revenue Mannal4.10.7.2.9.8 (05-14-99).

1. "Decisions made at various levels of the court system are considered to be interpretations of tax laws and may be used by **either examiners or taxpayers** to support a position."

2. "Certain court cases lend more weight to a position than others. A case decided by the **U.S. Supreme Court becomes the law of the land** and takes precedence over decisions of lower courts. The Internal Revenue Service must follow Supreme Court decisions. For examiners, Supreme Court decisions have the same weight as the Code."

3.
**BRUSHABER V. UNION PACIFIC R. CO., 240 US 1,11 (1916):**
" ... the confusion is not inherent, but rather arises from the conclusion that the 16th Amendment provides for a hitherto unknown power of taxation; that is, a power to levy an income tax which, although direct, should not be subject to the regulation of apportionment applicable to all other direct taxes. And the far reaching effect of this

1 21- 2012   12C

erroneous assumption will be made clear by generalizing the many contentions advanced in argument to support it. .. "

4.
**STANTON V. BALTIC MINING CO.**, 240 US 103, 112 (1916):
" ... it manifestly disregards the fact that by the previous ruling it was settled that the provisions of the 16th Amendment conferred no new power of taxation .. "

5.
**BOWERS V. KERBAVGH-EMPIRE CO ..** 271 U.S.170, 174 (1926):
"The Sixteenth Amendment declares that Congress shall have power to levy and collect taxes on income, 'from whatever source derived' without apportionment among the several states, and without regard to any census or enumeration. **It was not the purpose or effect of that amendment to bring any new subject within the taxing power."**

6.
**PECK V. WWE. 247 U.S. 165, 173 (1918):**
"The Sixteenth Amendment, although referred to in argument, has no real bearing and may be put out of view. As pointed out in recent decisions, it does not extend the taxing power to new or excepted subjects, ... "

7.
**DOYLE V. MITCHELL BROS., 247 U.S. 179, 183 (1918):**
"An examination of these and other provisions of the Act (The 16th Amendment) make it plain that the legislative purpose was not to tax property as such. or the mere conversion of property. but to tax the conduct of the business of corporations organized for profit upon the gainful returns from their business operations."

8.
**EISNER V. MACOMBER. 252 U.S. 189, 205, 206 (1920):**
"The 16th Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the amendment was adopted."

   **"As repeatedly held. this did not extend the taxing power to new subjects ... "**
**EVANS V. GORE. 253 U.S. 245, 259 (1920):**
"Does the Sixteenth Amendment authorize and support this tax and the attendant diminution; that is to say, does it bring within the taxing powers subjects theretofore excepted? The court below answered in the negative; and counsel for the government say: 'It is not, in view of recent decisions, contended that this amendment rendered anything taxable as income that was not so taxable before'."

Just as the issue of wages was settled in countless Supreme Court decisions, the IRS chooses to look the other way What the Supreme Court established in **EVANS v. GORE** was that not only did the 16th Amendment NOT confer new taxing powers to Congress to tax the American Citizen living and working within the United States of America, but it also acknowledged the definition of **INCOME** as defined by **the Supreme Court in FLINT ,STONE TRACY CO.**

*121- 2012*
*126*

**FLINT v. STONE TRACY CO., 220 U.S. 107, 144 (1911)**
"A reading of this portion of the statute (1909 corporation tax act) shows the purpose and design of Congress in its enactment and the subject-matter of its operation. It is at once apparent that its terms embrace corporations and joint stock companies or associations which are organized for profit and have a capital stock represented by shares. Such joint stock companies, while differing somewhat from corporations, have many of their attributes and enjoy many of their privileges."

**MERCHANTS' WAN & TRUST CO. v. SMIETANKA. 255 U.S. 509, 519 (1921)**
"There would seem to be no room to doubt that the word 'income' must be given the same meaning in all of the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act and what that meaning is has now become definitely settled by decisions of this Court.

**BOWERS vs. KERBAUGH-EMPIRE, 271 U.S. 170 (1926)**
"Income has been taken to mean the same thing as used in the Corporation Excise Tax Act of 1909, in the 16th Amendment, and in the various revenue acts subsequently passed"

**HELYERING v. EDISON BROTHERS' STORES, 8 Cir. 133 F2d 575 (1943)**
"The Treasury cannot by interpretive regulation make income of that which is not income within the meaning of the revenue acts of Congress, **nor can Congress. Without appointment tax that which is not income** within the meaning of the 16th Amendment."

**SOUTHERN PACIFIC CO. v. LOWE, 247 U.S. 330, 335 (1918)**
"We must reject in this case, as we have rejected in cases arising under the Corporation Excise Tax Act of 1909, the broad contention submitted on behalf of the government that all receipts, everything that comes in, are income within the proper definition of the term 'gross income'. Certainly the term 'income' has no broader meaning in the Income Tax Act of 1913 than in that of 1909. and for the present purpose we assume there is no difference in its meaning as used in the two acts.,

**BUTCHER'S UNION CO. v. CRESENT CITY CO.. 111 U.S. 746, 757 (1814)**
"The common business and callings of life, the ordinary trades and pursuits, which are innocuous in themselves, and have been followed in all communities from time immemorial, must therefore be free in this country to all alike upon the same applied to all persons of the same age, sex and condition, is a distinguishing privilege claim as their birthright. It has been well said that 'the property which every man has in his own labor, as it is the original foundation of all other property, so it is the most of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property. It is a manifest encroachment upon the just liberty both of the workman and of those who might be disposed to employ him."

There are essentials to any case or controversy, whether administrative or judicial, arising under the Constitution and laws of the United States (Article ill§ 2, U.S. Constitution, "arising under" clause). See **Federal Maritime Commission v. South Carolina Ports Authority. 535 U.S. (2002)**
The following elements are essential:

**Jerry Ali Aziz Al-Sharif [sic]**
**Page 8 of 8**

*126*

1. When Challenged, standing & , venue and all elements of subject matter jurisdiction, including compliance with substantive and procedural due process requirements, must be established in record.

2.
Facts of the case must be established in record.

3. Unless stipulated by agreement, facts must be verified by competent witnesses via testimony (affidavit, deposition or direct oral examination).

4. The LAW of the case must affirmatively appear in record, which in the instance of a tax controversy necessarily includes taxing and liability statutes with attending regulations **(See United States of America v. Menk. 260 F. Supp. 784 at 787 and United States of America v. Community TV. Inc.. 327 F.2d 79 (10th Cir, 19641:**

5. The advocate of a position must prove application of law to stipulated or otherwise provable facts.

6. The trial court, whether administrative or judicial, must render a written decision that includes findings of fact and conclusions of law.

As you have not complied with these elements, I am duty bound to ask that you now prove your Personal Authority as an authorized government agent.

Please provide me with certified copies of the following:
1. Your precise title ("revenue officer", "revenue agent", "appeals officer", "special agent", etc.) and cite the section of the act of Congress that created the office you occupy;

2. Your constitutional oath of office, as required by Article VI, Paragraph 3 of the Constitution of the United States and 5 U.S. C.§ 3331;

3. Your civil commission as agent or officer of Government of the United States, as required by Article II § 3 of the Constitution of the United States and attending legislation;

4. Your affidavit declaring that you did not pay for or otherwise make or promise consideration to secure the office (5 U.S. C. § 3332);

5. Your personal surety bond; and

6. Documentation that establishes your complete line of delegated authority, including all intermediaries such as the Assistant Commissioner (International}, beginning with the President of the United States.

These documents should all be filed as public records. See 5 U.S. C.§ 2906 for requirements

**Jerry Ali Aziz Al-Sharif [sic]**
**Page 9 of 8**

*121 - 2012*
*126*

concerning filing oaths of office. In the event you do not have a personal surety bond, you may provide a copy of your financial statement, which you are required to file annually. Your financial statement will be construed as a private treaty surety bond in the event that you exceed lawful authority.

Collateral issues other than the above requests intended to document your personal standing will be addressed separately from this request

You may provide the requested items within a reasonable period of twenty (20) calendar days from receipt of this request. See the Administrative Procedures act for deadlines. In the event you do not formally answer this demand, you may be considered a party to any past or subsequent adverse action. You may withdraw, **in writing**, any and all claims, demands and/or encumbrances issued directly or indirectly within the scope of your alleged administrative authority.

> Failure to comply with this constructive notice of demand to verify authenticity of your authority will be an admission that all parties are willfully, with evil intent, engaging in criminal activity against me.

**NOTICE:** I, Jerry Ali Aziz Al-Sharif, I, reserve the right to enter this demand and all evidence attached within, to be preserved as evidence under Rule 902 (4), (5), (8), (9) and (10) of the Federal Rules of Evidence, upon the records of such public recorder's office at such place or places as I alone determine, which as a matter of public record shall be subject to submission and use in any legal proceeding thereafter as utilized by any person having cause to rely thereupon for evidence purpose, under the aforesaid Federal Rules of Evidence, and as for any other reasons that a public record of debt may be used, accordingly.

**Record Notice Act:** When an instrument of conveyance or a mortgage is recorded in the appropriate public office, it is constructive notice of its contents to the whole world. Black's Law, Sixth Edition, Page 1275

**Affidavit**

I, **Jerry Ali Aziz Al-Sharif**, I, attest to the facts stated on this Constructive Notice of Demand for Direct Challenge to Personal Authority to be true and accurate to the best of my knowledge, including Exhibits

A, B,C,D,E,F, andG attached.

Sincerely Yours

Jerry Ali Aziz Al-Sharif, I, sui juris

Form 668-W(ICS)
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

## Notice of Levy on Wages, Salary, and Other Income

DATE: 02/07/2011

REPLY TO: **Internal Revenue Service**

**JOHNETTE CARTER**
**777 GLOUCESTER ST, STE 413**
**BRUNSWICK, GA 31520**

TO: **EPPS TRANSPORT SYSYTEM INC**
**POB 35605**
**GREENSBORO, NC 27425**

TELEPHONE NUMBER
OF IRS OFFICE: **(912)264-4461**

NAME AND ADDRESS OF TAXPAYER:

**JERRY A AL SHARIF**
**P O BOX 6661**
**AUGUSTA, GA 30916**

IDENTIFYING NUMBER(S)

ALSH

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2001 | $21,677.95 | $8,421.04 | $30,098.99 |
| 1040 | 12/31/2002 | $9,776.26 | $3,683.14 | $13,459.40 |
| 1040 | 12/31/2003 | $7,526.53 | $2,100.70 | $9,627.23 |
| 1040 | 12/31/2004 | $9,935.33 | $2,772.94 | $12,708.27 |

| | | |
|---|---|---|
| **Employer or Other Addressee** Please complete the back of this page. | Total Amount Due | **$65,893.89** |

We figured the interest and late payment penalty to  03/09/2011

Statement of Exemptions and Filing Status (*To be completed by taxpayer; instructions are on the back of Part 5*)

My filing status for my income tax return is (check one):  ☐ Single;  ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return  ☐ Head of Household; or  ☐ Qualifying Widow(er) with dependent child

**ADDITIONAL STANDARD DEDUCTION:** _____  (*Enter amount only if you or your spouse is at least 65 and/or blind.*)

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc.) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Taxpayer's Signature | Date |
|---|---|
| | |

Part 4 –   For Employer or other Addressee to keep after Taxpayer completes

Form 668-W(ICS) (7-2002)

121·2012·126   Exhibit (A)

121 - 2012 · 126

## RETURN PARTS 3A AND 3B WITH THE INFORMATION BELOW COMPLETED

**TAXPAYER'S NAME***(S)*  JERRY A AL SHARIF

**IDENTIFYING NUMBER***(S)*
*(as shown on the front)*  ▬▬▬▬

### SECTION 1. — Levy Acknowledgment

Signature of person responding

Printed name of person responding

Your telephone number

Date and time this levy received

### SECTION 2. — Levy Results *(Check all applicable boxes.)*

☐ Check attached in the amount of $

☐ Additional checks will be sent.

☐ _____ (weekly, bi-weekly, monthly, etc.)

☐ _____ approximate amount of each payment.

☐ Taxpayer no longer employed here  as of _____ (date)

☐ Remarks

### SECTION 3. — Additional Information *(Please complete this section if this levy does not attach any funds.)*
Taxpayer's latest address, if different from the one on this levy

Taxpayer's telephone number  (_____)

Name and address of taxpayer's employer
(if different from addressee)

Other information you believe may help us

Exhibit (A)

121-2012 126

| 3588 | | |
|---|---|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 741866111 | For Optional Use by Recording Office |
|---|---|---|

Book 00037/0501 Augusta - Richmond County
2011001738 01/20/2011 13:05:46:00
$5.00 FED TAX LIEN
2011001738 Augusta - Richmond County

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JERRY A AL SHARIF

Residence      P O BOX 6661
          AUGUSTA, GA 30916

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6702A | 12/31/2006 | XXX-XX-8890 | 12/31/2007 | 01/30/2018 | 10000.00 |
| 6702A | 12/31/2007 | XXX-XX-8890 | 02/23/2009 | 03/25/2019 | 5000.00 |

Place of Filing      Clerk of Superior Court
               Richmond County
               Augusta, GA 30911

Total $    15000.00

This notice was prepared and signed at    NASHVILLE, TN             . on this,

the    11th    day of    January    2011

Filed in this office:
Augusta - Richmond County
01/20/2011 13:05:46.00
Elaine C Johnson
Clerk of Superior Court

| Signature for JOHNETTE CARTER | Title REVENU (912) 264-4461 | 1-1438 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Elaine C. Johnson, Richmond County Clerk of Superior Court

CLERK OF COURT, AR, 02/07/2011 14:09:54

This document is not to scale.

Instrument Number: 201100173900 Book: 00037/0502 Date: 01/20/2011

121-2012 126

3588

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 741866011 | For Optional Use by |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JERRY A AL SHARIF

Residence      P O BOX 6661
           AUGUSTA, GA 30916

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6682 | 12/31/2001 | XXX-XX-8890 | 06/23/2003 | 07/23/2013 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 06/07/2004 | 07/07/2014 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 10/10/2005 | 11/09/2015 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 05/01/2006 | 05/31/2016 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 11/06/2006 | 12/06/2016 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 02/26/2007 | 03/28/2017 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 07/09/2007 | 08/08/2017 | |
| 6702A | 12/31/2001 | XXX-XX-8890 | 05/05/2008 | 06/04/2018 | 6500.31 |
| 6702A | 12/31/2002 | XXX-XX-8890 | 11/06/2006 | 12/06/2016 | |
| 6702A | 12/31/2002 | XXX-XX-8890 | 05/14/2007 | 06/13/2017 | |
| 6702A | 12/31/2002 | XXX-XX-8890 | 05/05/2008 | 06/04/2018 | 6000.00 |
| 6702A | 12/31/2003 | XXX-XX-8890 | 05/05/2008 | 06/04/2018 | 5000.00 |
| 6702A | 12/31/2004 | XXX-XX-8890 | 04/16/2007 | 05/16/2017 | 500.00 |
| 6702A | 12/31/2005 | XXX-XX-8890 | 07/02/2007 | 08/01/2017 | |
| 6702A | 12/31/2005 | XXX-XX-8890 | 03/15/2010 | 04/14/2020 | 5500.00 |

Place of Filing

     Clerk of Superior Court
     Richmond County
     Augusta, GA 30911

Total $    23500.31

This notice was prepared and signed at    NASHVILLE, TN    on this,

the   11th   day of   January  , 2011.

Filed in this office:
Augusta - Richmond County
01/20/2011 13:05:46.01
Elaine C Johnson
Clerk of Superior Court

Signature

for JOHNETTE CARTER

Title REVENUE
(912) 264-4461

-1438

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

*Side text (right margin):* Elaine C. Johnson, Richmond County Clerk of Superior Court

*Side text (left margin):* CLERK OF COURT, AR, 02/0//2011 14:09:54

*Barcode area text:* Book 00037/0502 Augusta - Richmond County 20110017390 01/20/2011 13:05:46.01 $5.00 FED TAX LIEN 20110017390 Augusta - Richmond County

This document is not to scale.

121-2012   126

**Form 668 (Y)(c)**
(Rev. February 2004)

3588

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 741865911 | For Optional Use by |
|---|---|---|

Book 00037 0503 Augusta - Richmond County
20110017040/20/2011 13:05:46.02
$5.00 FED TAX LIEN
20110017040 Augusta - Richmond County

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JERRY A AL SHARIF

Residence    P O BOX 6661
AUGUSTA, GA 30916

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | XXX-XX-8890 | 02/07/2005 | 03/09/2015 | 21677.95 |
| 1040 | 12/31/2002 | XXX-XX-8890 | 04/11/2005 | 05/11/2015 | 9776.26 |
| 1040 | 12/31/2003 | XXX-XX-8890 | 10/09/2006 | 11/08/2016 | 7526.53 |
| 1040 | 12/31/2004 | XXX-XX-8890 | 10/09/2006 | 11/08/2016 | 9935.33 |
| 1040 | 12/31/2005 | XXX-XX-8890 | 05/22/2006 | 06/21/2016 | |
| 1040 | 12/31/2005 | XXX-XX-8890 | 02/25/2008 | 03/27/2018 | 15321.78 |
| 1040 | 12/31/2006 | XXX-XX-8890 | 08/27/2007 | 09/26/2017 | |
| 1040 | 12/31/2006 | XXX-XX-8890 | 03/29/2010 | 04/28/2020 | 11841.55 |
| 1040 | 12/31/2007 | XXX-XX-8890 | 02/08/2010 | 03/09/2020 | 18450.61 |

| Place of Filing | Clerk of Superior Court Richmond County Augusta, GA 30911 | Total $ | 94530.01 |
|---|---|---|---|

This notice was prepared and signed at    NASHVILLE, TN    on this,

the   11th   day of   January , 2011

Filed in this office:
Augusta - Richmond County
01/20/2011 13:05:46.02
Elaine C Johnson
Clerk of Superior Court

| Signature for JOHNNETTE CARTER | Title REVENUE OFFICER (912) 264-4461 | 25-xx-1438 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**This document is not to scale.**

CLERK OF COURT, AR, 02/07/2011 14:09:55

Elaine C. Johnson, Richmond County Clerk of Superior Court

721-2012

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 (800) 913-6050 | Serial Number 793298011 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.

- IRS will continue to charge penalty and interest until you satisfy the amount you owe.

Name of Taxpayer
   JERRY ALI AL-SHARIF

- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

Residence
   1731 PITCHWOOD WAY
   HEPHZIBAH, GA 30815-0000

- See the back of this page for an explanation of your Administrative Appeal rights.

000212

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6702A | 12/31/2009 | XXX-XX-8890 | 05/23/2011 | 06/22/2021 | 10000.00 |

| Place of Filing | Clerk of Superior Court Richmond County Augusta, GA 30911 | Total | 10000.00 |
|---|---|---|---|

This notice was prepared and signed at ___NASHVILLE, TN_____, on this,

the __14th__ day of __June__, __2011__.

| Signature _F Gonzalez_ for JOHNETTE CARTER | Title REVENUE OFFICER (912) 264-4461 | 25-14-1438 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form **668** (Y)(c) (Rev. 02-04)

121-2012   126

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>(800) 913-6050 | Serial Number<br><br>839798312 | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer    JERRY A AL-SHARIF

00488

Residence       P O BOX 6661
                AUGUSTA, GA 30916

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | XXX-XX-8890 | 10/31/2011 | 11/30/2021 | 2436.08 |
| 6702A | 12/31/2008 | XXX-XX-8890 | 07/18/2011 | 08/17/2021 | 6702A    12/31 |

| Place of Filing | Clerk of Superior Court<br>Richmond County<br>Augusta, GA 30911 | Total | 17459.15 |
|---|---|---|---|

NASHVILLE, TN

This notice was prepared and signed at _____, on this,

the **04th** _____ day of **January** _____, **2012** _____.

Signature _~~Jeanette Carter~~_ for **JEANETTE CARTER**

REVENUE OFFICER       25-14-1438
(912) 264-4461

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 600.
Form **668 (Y)(c)** (Rev. 02-

*121-2012   126*

### *NUNC PRO TUNC* ESTOPPEL AT LAW AND
### PUBLIC NOTICE RESCISSION AFFIDAVIT
OF Jerry ALI Aziz Al-Sharif, (sic) Natural Person

Night - of seven January two-zero one-two

====================

====================

| Georgia STATE/REPUBLIC | | ) |
|---|---|---|
| | ) | Subscribed, Sworn and Sealed |
| Richmond COUNTY | | ) |
| | | ) |

### PREAMBLE

I, **Jerry Ali Aziz Al-Sharif, (sic)** the affiant, am of lawful age and sound mind, am competent for testifying as a first-hand witness, and am telling the truth, voluntarily relating the following first hand knowledge of the facts and stating that these facts are true and represent the best of my knowledge.

I, Jerry A. A. Al-Sharif, (sic) being a **Natural Person** adult, natural born in Georgia, living and working as a State Citizen domiciled in the Georgia Republic since 1956 and I, as such status, hereby make this Special Appearance, by Affidavit, *In Propria Persona*, proceeding *Sui Juris*, At Law, in Common Law, with Assistance, Special, neither conferring nor consenting to any foreign jurisdiction, except to the judicial power of Georgia and/or America, and as such I willfully enforce all Constitutional limitations respectively on all government agencies when dealing with them. Wherefore, the undersigned Affiant, named herein and above, upon affirmation declares and evidences the following:

    a.) I do hereby Declare and assert my <u>Constitutional Right as a Natural Person</u> as outline in the Internal Revenue Service Handbook for Special Agents

    b.) I do hereby remove any and all <u>Presumption</u> that I am a *Taxpayer* subject to any income tax as in 26 U.S.C. § 7701(a)(14), per section 323.5(3).

    c.) That the Internal Revenue Service have been actually engaged in Fraudulent concealment

      FACT: I, Jerry A.A. Al-Sharif (sic), am of lawful age and competent. I am a **Natural Person** State Citizen domiciled in the Georgia Republic (see 1:2:2, 1:3:3, 2:1:5, 3:2:1 and 4:2:1 in the U.S. Constitution), and thereby in the United States of America, in fact, by right of heritage, a Sovereign State Citizen inhabiting and domiciled in the Georgia Republic, protected via hereditary succession by my predecessors' previous contracts with government as found in the Northwest Ordinance of 1787, the Organic Act of 1849 (the original Constitution of Georgia), the Articles of Confederation of 1777, the Constitution for the United States of America (1789) including its Preamble, and the Bill of Rights (1791) including its Preamble; and, as such, I retain all my unalienable rights granted by God in positive law, embodied in the Declaration of Independence (1776) and binding rights upon myself and my parentage, on this day and for all time now and hereafter. And further,

/21-2012/26

**AFFIDAVIT AMENDMENT PROTECTION CLAUSE**

FACT: I, the undersigned, in order to protect my unalienable rights to life, liberty, and property, inclusive of my right to the proper *in rem* and *in personam* State Citizenship status, have been forced to amend certain legal documents and statements, due to the continued revelation and increased discovery of the continuous acts of fraud upon me by the *de facto* governments, both State and Federal, and therefore I declare that I am now and fully intend to remain free to amend any and all such documents and statements, as a matter of substantive right, for I cannot be held liable for either the acts or the omissions by governments which are out of my control, which acts and omissions constitute fraud in one form or another. Therefore, I proceed at all times **"WITH EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS AND WITHOUT PREJUDICE TO ANY OF MY UNALIENABLE RIGHTS"**, inclusive of my personal right to substantive and procedural due process proceedings under the Judicial Power of both my State and my Nation. And further,

I, JerryA.A. Al-Sharif, (sic) Natural Person, do state and affirm the following:

FACT: 1. That material facts were withheld, such as Title 28, U.S.C., Section 1746, Subsections 1 & 2 (being without or within the "United States", respectively), which caused me to be unaware that a completed, signed and submitted "Form 1040" or "income tax return" and other Internal Revenue Service and Commissioner/Comptroller of Georgia and Tax forms and documents are voluntarily executed instruments which could be used as *prima facie* evidence against me in criminal trials and civil proceedings to show that I had voluntarily waived my Constitutionally secured rights and that I had voluntarily subjected myself to the federal income/excise tax, to the provisions of the Internal Revenue Code (hereinafter referred to as the IRC), to the authority of the State Franchise Tax Board (hereinafter referred to as the GEORGIA DEPARTMENT OF REVENUE) and to the authority of the Internal Revenue Service (hereinafter referred to as the IRS) by signing and thereby affirming, under penalty of perjury (within the "United States"), that I was, in effect, a "person" subject to the tax; that the above induced and/or forced action, via State and Federal governments, clearly indicates a violation of Article 1, Section 9, Clause 3 (1:9:3), to wit: "No Bill of Attainder or *ex post facto* Law shall be passed" and also Article 1, Section 9, Clause 4 1:9:4), to wit: "No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration hereinbefore directed to be taken" in the United States Constitution. These above same injunctions are found in the Northwest Ordinance and in the Georgia and Constitution. And further,

FACT: 2. That material facts were withheld, which caused me to be unaware of the legal effects of signing and filing income tax returns, as shown by the decision of the United States Court of Appeals for the 9th Circuit in the 1974 ruling in the case of *Morse v. U.S.*, 494 F.2d 876, 880, wherein the Court explained how a State Citizen became a "taxpayer" by stating: "Accordingly, when returns were filed in Mrs. Morse's name declaring income to her for 1944 and 1945, making her potentially liable for the tax due on that income, she became a taxpayer within the meaning of the Internal Revenue Code." [emphasis added] And further,

FACT: 3. That material facts were withheld, which caused me to be unaware that the signing and filing of an income tax return and other IRS forms are acts of voluntary compliance for a Sovereign natural born free State Citizen inhabiting the United States of America, when executed and submitted by said Sovereign living and working within the States of the Union; that I was unaware that, in a legislative court such as a United States District Court, the completed IRS documents can become *prima facie* evidence, sufficient to sustain a legal conclusion by a judge, that the signer has voluntarily changed his lawful status/state FROM that of a **Natural Person** free State Citizen who is not subject to any federal income tax and who possesses all of his God-given, Constitutionally secured rights when dealing with

government, TO the legal status of a "taxpayer" (any individual, trust, estate, partnership, association, company or corporation subject to federal excise tax), that is, a "person" who is subject to the federal excise tax and is, therefore, subject to the authority, jurisdiction, and control of the federal government under the IRC, to the statutes governing federal taxation, and to the regulations of the IRS, thereby imposing the tax on himself, waiving his God-given Constitutionally secured rights to property and labor in respect to the federal income/excise tax statutes and their administration by the IRS, and establishing himself as one who has privileges only, but no rights, in dealings with the IRS, the same as a corporation; that it is my understanding that the change of status/state resulting from the signed IRS documents is very similar to the change of status that occurs when one enlists in the military service and voluntarily takes an oath that subjects him to the authority, jurisdiction, and control of the federal government under Title 10 of the United States Code (*i.e.*, the statutes governing the armed forces and the regulations of the military service), thereby waiving his Constitutionally guaranteed rights in relation to dealings with the military services. And further,

FACT: 4. That I, as a **Natural Person** free State Citizen and inhabitant in the United States of America, domiciled in the Georgia Republic, and as a **Natural Person**, am endowed by my Creator with numerous unalienable/inalienable rights which include but are not limited to my rights to "life, liberty and the pursuit of happiness (property)", which rights are specifically identified in the Magna Carta (1215) and the Declaration of Independence (1776), and protected and secured by the Constitution for the United States of America (1789) and the subsequent Bill of Rights, Articles in Amendment 1 thru 10 (1791); that my birthright to the "life, liberty and the pursuit of happiness" has been interpreted by both the Framers of the Constitution and by the U.S. Supreme Court to include my unalienable right to contract, to acquire, to deal in, to sell, rent, and exchange properties of various kinds, real and personal, without requesting or exercising any privilege or franchise from government; that I have learned that these unalienable property rights also include my right to contract for the exchange of my labor-property for other properties and remuneration, such as wages, salaries, and other earnings; that I have never knowingly, intentionally or voluntarily waived any of these unalienable rights, nor can I, Jerry A. A. Al-Sharif,(sic) **Natural Person**, be forced to waive any of these rights granted to me by God the Creator, because I am endowed with these rights by my Creator and by nobody else and nothing else (see *Brady v. U.S.*, 397 U.S. 742 at 748 (1970)). And further,

FACT: 5. That I understand that, if the exercise of my rights were subjected to taxation, these same rights could be destroyed by increasing the tax rates to unaffordable levels; therefore, courts have repeatedly ruled that government has no power whatsoever to tax or otherwise "lien" against the exercise of any rights, particularly the rights of Sovereign State Citizens, as shown by the United States Supreme Court in the case of *Murdock v. Pennsylvania*, 319 U.S. 105 (1943), which stated: **"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution.";** that unalienable rights are rights against which no lien can be established precisely because they are un-lien-able; that America's founding documents enumerate some of my unalienable rights, none of which rights I have ever waived knowingly, voluntarily, or intentionally; that I freely choose to obey all American Law and to pay all Lawful taxes in jurisdictions which are applicable to me for the common good; that I stand *In Propria Persona* with Assistance, Special; that my status and unalienable rights, as stated hereinafter and in the foregoing, are not negotiable. And further,

FACT: 6. That, for years past and at least since the year 1977, I have been influenced by numerous cases of people going to jail and being punished, and also by numerous and repeated public warnings made by the COMMISSIONER/COMPTROLLER of DEPARTMENT OF REVENUE GEROGIA and by the IRS, via radio, television, the printed press and other forms of public communication media, warning of the "deadline" for filing State and Federal forms, such as a "Form 1040 Income Tax Return" and/or other IRS forms and documents; this therefore caused me to file said forms under threat, duress and coercion. And further,

121-2012 126

my property, my exchanges of property and/or property received as a result of exercising my Constitutionally secured right to contract; that I was further misled into believing that I had a legal duty and obligation to file a "Form 1040 Income Tax Return" and other IRS and State tax forms, schedules, and documents, and that I was unaware of 28 U.S.C. 1746, wherein there are two perjury clauses: (1) one stating that you are without the "United States" and also (2) the other stating that you are within the "United States", respectively. The perjury clauses on both State and Federal tax forms stipulate, under penalty of perjury, that I was stating unknowingly, involuntarily, and unintentionally that I was within the "United States". This is an act of fraud by both State and Federal taxing agencies. And further,

FACT:  8. That I have also been further influenced, misled, and alarmed by rumors, by misinformed public opinion, and by the advice and assurances of lawyers, C.P.A.'s, and income tax preparers to the effect that "the IRS and the COMMISSIONER/COMPTROLLER of DEPARTMENT OF REVENUE GEORGIA will get you", and that it would be a crime punishable by fines and/or imprisonment if I did not fill out, sign, and file with the IRS a "Form 1040"; that, in point of fact, the only person actually named within the IRC as a person required to collect an income tax, to file an income tax return, and to pay an income tax is a **"Withholding Agent"**; and that, to the best of my knowledge, I am not now, nor have I ever been,, a "Withholding Agent". And further,

FACT:  9. That, in addition to all of the reasons stated in paragraphs 6, 7, and 8 above, I was influenced by the common and widespread practice of employers who, either knowingly or unknowingly, without Power of Attorney, misled me and their employees to believe that they and I must have a Social Security Number and that all are subject to the withholding of "income taxes" from their earnings, either with or without their permission, based upon the employers' possibly mistaken assumption that they, as employers, are required by law to withhold "income taxes" from the paychecks of their employees, which is contrary to the Sections 3402(n), 7343 and 7701(a)(16) of the IRC, absent a voluntary execution of Form W-4, the "Employee's Withholding Allowance Certificate". And further,

FACT:  10. That I have also been mistakenly influenced and mistakenly impressed by annual public displays and indiscriminate public offerings by the IRS and the COMMISSIONER/ COMPTROLLER OF GEORGIA of large quantities of the Forms 1040 and 500 in banks, in post offices, and through the U.S. mail, which public displays and indiscriminate public offerings also had the effect of reminding me of, and inducing me to respond mistakenly by filling out, signing, and sending "Form 1040" to the IRS and "Form 500" to the COMMISSIONER/COMPTROLLER of DEPARTMENT OF REVENUE GEORGIA. And further,

FACT:  11. That said "Forms 1040" contained no reference to any law or laws which would explain just exactly who is and who is not subject to, or liable for, the income tax, State or Federal, nor did it contain any notice or warning to anyone that merely sending said completed "Form 1040" to the IRS would waive my right to privacy, as secured by the 4th Amendment in the U.S. Constitution, and also waive my right to not be a witness against myself, as secured by the 5th Amendment in the U.S. Constitution, and that a completed "Form 1040" would, in itself, constitute legal evidence, admissible in a court of law, that the filer is subject to and liable for the income/excise tax, even though and regardless of the fact that I, as a Sovereign **Natural Person** free State Citizen, am actually and legally not subject to the statutory jurisdiction of the IRC, nor liable for any income/excise tax, and regardless of the fact that, to the best of my knowledge, I have no legal duty or obligation whatsoever to complete and file any "Form 1040" or State income tax forms, nor did they ever evidence 28 U.S.C 1746. And further,

FACT:  12. That at no time was I ever notified or informed by the IRS or by the State of Georgia, nor by any of their agents or employees, nor by any lawyer, C.P.A., or tax preparer, of the fact that the so-called 16th Amendment in the U.S. Constitution, as correctly interpreted by the U.S. Supreme Court in such cases as *Brushaber v. Union Pacific Railroad Co.*, 240 U.S. 1 (1916) and *Stanton v. Baltic Mining Co.*, 240 U.S. 103 (1916), identified the income tax as an indirect excise tax in accordance with Article 1,

as explained in Treasury Decision 2313, dated March 21, 1916; that the so-called 16th Amendment was never actually ratified nor could it have been enacted into positive law because the requisite number of States (*i.e.*, 36) did not meet the lawful requirements for amending the Constitution at that time; and that a mass of incontrovertible material evidence available since the year 1985 proves that the act of "declaring" the so-called 16th Amendment "ratified" was an act of outright fraud by Philander C. Knox in the year 1913. And further,

FACT: 13. That at no time was I ever notified or informed by the COMMISSIONER/COMPTROLLER GEORGIA DEPARTMENT OF REVENUE nor by the IRS, their agents or employees, nor by any lawyer, C.P.A. or tax preparer, of the fact that, because of various rulings of the U.S. Supreme Court in such cases as *Flint v. Stone Tracy Co.*, 220 U.S. 107 (1911), and *Pollock v. Farmer's Loan and Trust Co.*, 157 U.S. 492 (1895), the indirect excise tax on incomes identified by the so-called 16th Amendment is also a tax upon corporate privileges granted by government, which tax is measured by the amount of corporate income (see Corporations Tax Act, Statutes at Large, 1909, vol. XXXVI, section 38, page 112); that this indirect excise tax is also imposed on the taxable income of foreign corporations, and on the taxable income of nonresident aliens to the extent this (latter) income is either effectively connected with the conduct of a trade or business within the corporate jurisdiction of the "United States", or derived from sources within the corporate jurisdiction of the "United States" although not effectively connected with the conduct of trade or business within the corporate jurisdiction of the "United States", according to Sections 871 and 872 of the IRC. And further,

FACT: 14. That my attention has been called to Report No. 80-19A, entitled "Some Constitutional Questions Regarding the Federal Income Tax Laws" published by the American Law Division of the Congressional Research Service of the Library of Congress, updated January 17, 1980; that this publication describes the tax on "income" identified in the so-called 16th Amendment to the U.S. Constitution as an indirect excise tax; that this report stated: **"The Supreme Court, in a decision written by Chief Justice White, first noted that the 16th Amendment did not authorize any new type of tax, nor did it repeal or revoke the tax clauses of Article I of the United States Constitution, quoted above.";** and this report further stated: "Therefore, it can clearly be determined from the decisions of the United States Supreme Court that the income tax is an indirect tax, generally in the nature of an excise tax ....", thus proving in my mind that the "income tax" is not a tax on me as a **Natural Person** free State Citizen, but is, rather, an indirect excise tax as described by the U.S. Supreme Court in the case of *Flint v. Stone Tracy Co. supra*, wherein the high Court defined excise taxes as "... taxes laid upon the manufacture, sale, or consumption of commodities within the country, upon licenses to pursue certain occupations, and upon corporate privileges ....", none of which aforesaid classifications apply to me. And further,

FACT: 15. That I was unaware of the truth of the rarely publicized statement by the IRS that the "income" tax system is based upon "voluntary compliance with the law and self-assessment of tax"; that I was unaware before June of 1990 of a posted notice in the main lobby of the Federal Building in, Georgia, outside the offices of the IRS, which notice reads, in pertinent part, "The purpose of the Internal Revenue Service is to ... encourage and achieve the highest degree of voluntary compliance in accordance with the tax laws and regulations."; that I was unaware before June of 1990 **that Mr. Roger M. Olsen, Assistant Attorney General, Tax Division, Department of Justice, Washington, D.C., made the following statement to an assemblage of tax lawyers on May 9, 1987: "We encourage voluntary compliance by scaring the heck out of you.";** that it has never been either my intention nor my desire to voluntarily self-assess an excise tax upon myself, nor to give up my right to property, nor to voluntarily subject myself to such an excise tax; that I had always thought that compliance was required by law. And further,

FACT: **16. That I have examined Sections 871 thru 878, 1441, 1442, 1443, 3401(c), 6001, 6011, 6012(a), 6331(a), 7203, 7205 and 7343 of the IRC, and I am entirely convinced and completely satisfied**

/2 1 -20 1 2 1'2 c

FACT: 17. That, after careful study of the IRC, and after consultations on the provisions of that Code with informed lawyers, tax accountants, and tax preparers concerning the provisions of the IRC, I have never found or been shown any sections of the IRC that imposed any requirement on me as a **Natural Person** and unprivileged inhabitant, living and working within a County within a State of the Union, to file a "Form 1040 Income Tax Return" or any other State income tax form, or that imposed a requirement upon me to pay a tax on "income", or that would classify me as a "person liable", as a "person made liable", or as a "taxpayer" as the term "taxpayer" is defined in IRC Section 7701(a)(14), which states: "The term 'taxpayer' means any person subject to any internal revenue tax." And further,

FACT: 18. That, after the study and consultations mentioned in paragraph 17, the only mention of any possible requirement upon me, as an individual, to pay a tax on "income", that I could find, or was shown in the IRC, was the title of Part I under Subtitle A, Chapter 1, Subchapter A (which is deceptively titled "Tax on Individuals") and Section 6012(a), Subtitle F, Chapter 61-A, Part II-B, Subpart B, and the Georgia Tax Statutes; that a careful study and earnest examination of these parts of the IRC revealed that the "individuals" to whom these sections refer are, in fact, either individuals who work within a foreign nation like France and are taxed according to a tax treaty, or they are nonresident aliens who receive income which is either effectively connected with the conduct of a trade or business within the corporate jurisdiction of the "United States", or derived from sources within the corporate jurisdiction of the "United States", although not effectively connected with the conduct of trade or business within the corporate jurisdiction of the "United States", according to Sections 871 and 872 of the IRC; and that, to the best of my knowledge, I have never conducted any trade or business within the corporate jurisdiction of the "United States", nor have I ever derived income from sources within the corporate jurisdiction of the "United States". And further,

FACT: 19. That, after the study and consultations mentioned in paragraph 17 above, my attention was called to the IRC, Chapter 21, entitled "Federal Insurance Contributions Act" (Social Security), and my attention was also called to Subchapter A of Chapter 21 **entitled "Tax on Employees", which includes Section 3101, wherein the Social Security tax is identified as a tax on "income", not as an "Insurance Contribution",** not as a "Tax on Employees", and not as a tax on wages or earnings; that my attention was further called to these facts: there is no provision in the IRC that imposes the tax on employees or requires them to pay the tax; a voluntarily signed and completed Form W-4, "Employee's Withholding Allowance Certificate", allows an employer to withhold money from a worker's pay for Social Security "income" tax, even though the worker has claimed on that form to be "exempt" from the graduated "income" tax; and an employer has no authority to withhold money from a worker's pay for the Social Security "income" tax, for the graduated "income" tax, nor for any IRS-imposed penalty or assessment, if there is no voluntarily signed "Form W-4" in force and no "Form 2678" in force Granting Power of Attorney. And further,

FACT: 20. That, after the study and consultations described in paragraph 17 above, my attention was called to Section 61(a) of the IRC, which lists items that are sources of "income", and to the following facts: that IRS Collections Summons Form 6638 (12-82) confirms that these items are sources, not "income", by stating that the following items are "sources": "wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, pensions, business income, gains from dealings in property, and any other compensations for services (including receipt of property other than money)."; that sources are not "income", but sources become "income" if they are entered as "income" on a signed "Form 1040", because the signer affirms, under penalty of perjury (within the "United States"), that the items entered in the "income" section of the "Form 1040" are "income" to the signer; that Section 61(b) clearly indicates which sections of the IRC identify and list items that are included in "income" by stating: "For items specifically included in gross income, see Part II (sec. 71 and following)". And further,

FACT: **21. That my attention was then called to the said Part II entitled: "Items Specifically**

121-2012 126

FACT: 22. That, after further diligent study, it appears entirely clear to me that the only way that property received by me as a **Natural Person**, living and working within the States of the Union, in the form of wages, salaries, commissions, tips, interest, dividends, rents, royalties and/or pensions could be, or could have been legally considered to be "income", is if I voluntarily completed and signed a "Form 1040 Income Tax Return", thereby affirming, under penalty of perjury (within the "United States"), that the information on such "Form 1040" was true and correct, and that any amounts listed on the "Form 1040" in the "income" block were "income", and thereby acknowledging under oath or affirmation, that I am, or was, a taxpayer subject to the tax and have, or had, a duty to file a "Form 1040 Income Tax Return" and/or other IRS forms, documents and schedules, none of which instruments I have ever signed with the understanding that I signed them knowingly, voluntarily, and intentionally and by means of knowingly intelligent acts done "with sufficient awareness of all the relevant circumstances and likely consequences" (see **Brady v. U.S.** supra); and that, when I have sent in State and Federal tax forms purposely not signed, they were returned to me with a letter instructing and stipulating that I must sign the forms under the penalty of perjury, thereby claiming that I was a "United States citizen" due to the wording of the perjury clause (see 28 U.S.C. 1746(2)). And further,

FACT: 23. That, with good faith, with an honest reliance upon the aforementioned U.S. Supreme Court rulings and with reliance upon my constitutionally protected Natural Common Law Bill of Rights, Amendments 1 thru 10 (1791), to lawfully contract, to lawfully work and to lawfully acquire and possess property, I am convinced and satisfied that I am not now, nor was I ever subject to, liable for, or required to pay an income/excise tax; that I am not now, nor have I ever been a "taxpayer", and there has never been a Judicial Power proceeding in which it was ruled that I was a "taxpayer" as that term is defined and used in the IRC; and that I have never had any legal duties or obligations whatsoever to file any "Form 1040" or to make any "income tax return", or to sign or submit any other IRS "individual" forms or documents or schedules, to pay any "individual" income tax, to keep any personal financial records, or to supply any personal information to the IRS. And further,

FACT: 24. That the U.S. Congress, the International Monetary Fund, the Federal Reserve Banks and the Internal Revenue Service, by means of vague, deceptive and misleading words and statements in the IRC, in the Code of Federal Regulations (CFR), in official statements by IRS Commissioners in the Federal Register, in IRS publications and in IRS-generated news articles, committed constructive fraud and misrepresentation by misleading and deceiving me, as well as the general public, into believing that I was required to file "Form 1040 Income Tax Returns" and other IRS forms, documents, and schedules and that I was also required to keep records, to supply information and to pay income taxes. And further,

FACT: 25. That, by reason of the aforementioned facts, I do hereby exercise my rights as a **Natural Person**, upheld by various court decisions, to rescind, to cancel and to render null and void, *Nunc Pro Tunc*, both currently and retroactively to the time of signing, based upon the constructive fraud and misrepresentation perpetrated upon me by the Federal government, the U.S. Congress, the IRS, the "State of Georgia", and the GEORGIA COMMISSIONER/COMPTROLLER, all IRS and COMMISSIONER/COMPTROLLER OF GEORGIA forms, statements, documents, returns, schedules, contracts, licenses, applications, articles, certificates and/or commercial agreements ever signed and/or submitted by me, or on my behalf by third parties (including but not limited to Forms 1040 and attached schedules, Forms W-2, Forms W-4, and Forms 1099) on the accounts bearing the account numbers **252 96 8890** and all my signatures on any and all of the aforementioned items, including the original "Social Security" application, which caused the account bearing the account number **252 96 8890** to be established; that this notice of rescission is based upon my **rights with respect to constructive fraud and misrepresentation as established in, but not limited to, the cases of** *Tyler v. Secretary of State*, **184 F.2d 101 (1962) and also** *El Paso Natural Gas Co. v. Kysar Insurance Co.*, **605 Pacific 2d 240 (1979), which stated: "Constructive fraud as well as actual fraud may be the basis of cancellation of an instrument." And further,**

121-2012 126

FACT: 27. That evidence now available to me proves that the Internal Revenue Service has to date failed to comply with the clear and unambiguous requirements imposed on all federal government agencies by the following Congressional statutes: the Federal Register Act (44 U.S.C. 1501 *et seq.*), the Administrative Procedures Act (5 U.S.C. 551 *et seq.*), and the Paperwork Reduction Act (44 U.S.C. 3501 *et seq.*); that the IRS failure to comply with the requirements of these statutes constitutes further constructive fraud, breach of fiduciary trust between Sovereign State Citizens and public servants, and violations of the solemn oaths of office required of federal government officials, thereby relieving me of any and all legal duties which could or might otherwise exist for me to file any returns, schedules, or other documents with the IRS; and that, after having read these three statutes and summaries of related case law, I thereby conclude that there is no reason why the IRS would be exempt from any of the clear and unambiguous requirements imposed upon federal government agencies by these three statutes, notwithstanding any and all allegations to the contrary that heretofore may have been published by the IRS or the Treasury Department in the Federal Register without also citing the proper legal authorities, if any, for such allegations. And further,

FACT: 28. That recent diligent studies have convinced me of the above, and that as such I am not "subject to" the territorially limited "exclusive legislation" nor to the foreign jurisdiction mandated for the District of Columbia, federal enclaves, federal territories, and federal possessions by Article 1, Section 8, Clause 17 and 18 and Article 4, Section 3, Clause 2 of the U.S. Constitution, including its "internal" governmental organizations therein (hereinafter referred to as the "Federal Legislative Democracy" and elsewhere referred to in this Affidavit as the "corporate jurisdiction of the United States"); that I am not "subject to" this foreign jurisdiction by reason of any valid contract or any valid commercial agreement resulting in adhesion thereto across America, nor are millions of other **Natural Person** State Citizens, unless they have provided "waivers of rights guaranteed by the Constitution" by means of "knowingly intelligent acts", such as contracts or commercial agreements with such government(s) "with sufficient awareness of the relevant circumstances and likely consequences", as ruled by the U.S. Supreme Court in Brady v. United States *supra*; and that I myself have given no such "waivers". And further,

FACT: 29. That these same diligent studies have also proved to me that misrepresentation and a shrewd and criminal constructive fraud have been perpetrated upon State Citizens by government, under counterfeit "color of law", through the apparent entrapments of "certain activities (monopoly occupations) and privileges (other benefits)" allowed by statutory acts or otherwise; that, by reason of American Law which has never been repealed, such sources of past and present criminal element in and behind government should be brought to justice in a Constitutional Court of Law for aiding and abetting this misrepresentation and constructive fraud as willing accomplices; that it is for such a Court, with a 12-member jury of peers, to decide who is and who is not guilty among personnel of government, media, schools, lawyers, accountants, clergy and other purveyors of misinformation and other mind-set propaganda, in this and related regards. And further,

FACT: 30. That, due to such shrewd entrapments over many years, **I have unwittingly signed many related documents, contracts and commercial agreements, some even under the "perjury" jurat (*within* the "United States")** as was supposedly required; with American Law on my side, I hereby rescind and cancel any and all such signatures and render them null and void, *nunc pro tunc*, except for those which I may choose to have considered as being under **"TDC" (Threat, Duress and/or Coercion)**, past and present; that this is also my lawful notice that all such signatures of mine in the future on instruments of government or other entities, including banks, which might otherwise result in contract adhesion, are to be considered as being under **"TDC"**, whether appearing therewith or otherwise; that my Constitutional "Privileges and Immunities" (per Article 4, Section 2) are apart from those mandated for the Federal Legislative Democracy by Article 1, Section 8, Clauses 17 and 18 and by Article 4, Section 3, Clause 2, and shall not by Law be violated ever; and that my status, in accord, is stated for all to see and to know in 1:2:2, 1:3:3, 2:1:5, 3:2:1 and 4:2:1 of the Constitution for the United

121-2012 126

statute can and shall be personally charged as citizens under Title 18, United States Criminal Code, Sections 241, 242, 1001 and/or otherwise; and, in fairness, it must be added that, to **my knowledge, IRS agents have NO written lawful "Delegation of Authority" within the 50 States of the Union and their so-called "Form 1040" appears to be a bogus and bootleg document on its face. And further,**

FACT: 32. That, with all of the above in mind, it appears that this **Natural Person** free State Citizen is, by Law, as "foreign" and as much a NONRESIDENT ALIEN with respect to the Federal Legislative Democracy as he is to France, and thus shall be free to use related Forms of the Federal Legislative Democracy if and when they might be needed, required, and/or appropriate at various future times and places yet to be determined (see paragraphs 12, 13 and 18 above), including but not limited to Form W-8 ("Certificate of Foreign Status") or its equivalent for banks and/or other financial institutions, Forms 1040X ("Amended U.S. Individual Income Tax Return") and 1040NR ("U.S. Nonresident Alien Income Tax Return") for refunds and for correcting the administrative record, and IRC Section 3402(n) which authorizes certificates of exemption from withholding. And further,

FACT: 33. That, since my date of birth on July 16, 1956 a.d. I have always been a NONRESIDENT ALIEN with respect to the Federal Legislative Democracy of the "United States", never having resided, worked, nor having any income, to the best of my recollection, from any sources within the District of Columbia, Puerto Rico, Virgin Islands, Guam, American Samoa, Northern Mariana Islands, the Trust Territory of the Pacific Islands, or any other territory or possession within the "United States", which entity obtains its exclusive legislative authority and jurisdiction from Article 1, Section 8, Clause 17 and 18 and Article 4, Section 3, Clause 2 of the U.S. Constitution; that I have always been a non-taxpayer outside the venue and jurisdiction of the IRC; that, to the best of my knowledge, I have never had any "U.S. trade or business" as defined in the IRC, in 26 C.F.R., or in 27 C.F.R.; that, to the best of my knowledge, I have never had any "gross income" from any U.S. sources, as the term "gross income" is defined in IRC Section 872(a). And further,

FACT: 34. That my use of IRS Forms 1040X and 1040NR shall be presumed to mean that they were filed solely to correct the administrative record permanently, retroactively to July 16,1956 A.D. so as to claim any lawful refunds that may be due, to rebut any erroneous presumptions and/or terminate any erroneous elections of U.S. "residence" which may have been established in error by the filing of any prior IRS forms, schedules, and other statements by mistakes resulting in part from the demonstrable vagueness that is evident in the IRC and its regulations, and by mistakes resulting also from the constructive fraud and misrepresentation mentioned throughout this Affidavit; that I was neither born nor naturalized in the "United States", I have never been subject to its jurisdiction, and I have never been a "United States citizen" as defined in 26 C.F.R. 1.1-1(c) and as defined in the so-called 14th Amendment to the U.S. Constitution. And further,

FACT: 35. That the federal government has committed fraud, duress and coercion, exercised undue influence, and evidenced unlawful menace against the American people by representing the so-called 14th Amendment as a lawfully ratified amendment in the U.S. Constitution, when contrary proof, published court authorities, and other competent legal scholars have now established that it was NOT lawfully ratified. (See **State v. Phillips**, 540 P.2d 936 (1975); **Dyett v. Turner**, 439 P.2d 266 (1968); 28 Tulane Law Review 22; 11 South Carolina Law Quarterly 484.) And further,

121 - 2012   126

FACT: 36. That I am not now, nor have I ever knowingly, intentionally and voluntarily, with informed consent, entered into any personal, internal, public or private agreement, contract, stipulation, account, or similar contrivance with the "United States", the "Federal Government" or the "District of Columbia", its territories, its agencies, or other property appurtenant thereto, which would have altered or waived my **de jure, *Sui Juris*** status, or my unalienable God-given natural rights; that any such agreements or contracts, expressed or implied, such as a Social Security number and application, or Driver's License, or Bank Signature Card, or the use of Federal Reserve Notes (which are not lawful Specie) etc., have all been hereby rescinded *ab initio*, due to the fraudulent withholding of material facts, which became a snare and a trap and, as such, are a Bill of Attainder on this **Natural Person** free State Citizen and inhabitant in the United States of America, for I cannot become a nexus by the effect of a fraudulent nexum, because my status and unalienable natural rights are not negotiable, and the government, both State and Federal, have not proved that they ever had jurisdiction to change my status, as required by Title 5 U.S.C. Section 556(d), or as defined and set out as a Constitutional requirement in Hagans v. Lavine *supra* (see also Brady v. U.S. *supra*); that any change of status would lawfully have to take place in a Common Law (judicial power) court under the due process clause of the 5th Amendment to the U.S. Constitution. And further,

FACT: 37. That this is to certify that I, Jerry A. A. Al-Sharif,(sic) **Natural Person**, am a Sovereign natural born free State Citizen and inhabitant in the United States of America, domiciled in the Georgia Republic, living and working in Richmond County, living under the Common Law, having assumed, among the powers of the Earth, the Separate and Equal Station to which the Laws of Nature and Nature's God entitles me, in order to secure the Blessings of Liberty to Myself and my Posterity, and in order to re-acquire the Birthright that was taken from me by fraud, do hereby asseverate *nunc pro tunc* and rescind, *ab initio*, all feudatory contracts with the Federal government and its agencies, and with the corporate State of Georgia and its agencies; for I, Jerry A. A. Al-Sharif,(sic) **Natural Person**, being of sound mind and body, do not choose, nor have I ever chosen, to give up, relinquish, or otherwise waive any of my God-given, natural, fundamental, Constitutionally secured rights. And further,

FACT: 38. That my use of the phrase **"WITH EXPLICIT RESERVATION OF ALL MY RIGHTS AND WITHOUT PREJUDICE UCC 1-308 (UCCA 1308)"** above my signature on this document indicates: **(1) that I explicitly reject any and all benefits of the Uniform Commercial Code, absent a valid commercial agreement which is in force and to which I am a party, and cite its provisions herein only to serve notice upon ALL agencies of government, whether international, national, state or local, that they, and not I, are subject to, and bound by, all of its provisions, whether cited herein or not; (2) that my explicit reservation of rights has served notice upon ALL agencies of government of the "Remedy" they must provide for me under Article 1, Section 308, of the Uniform Commercial Code, whereby I have explicitly reserved my Common Law right not to be compelled to perform under any contract or commercial agreement into which I have not entered knowingly, voluntarily, and intentionally; (3) that my explicit reservation of rights has served notice upon ALL agencies of government that they are ALL limited to proceeding against me only in harmony with the Common Law and that I do not, and will not, accept the liability associated with the "compelled" benefit of any unrevealed commercial agreements; and (4) that my valid reservation of rights has preserved all my rights and prevented the loss of any such rights by application of the concepts of waiver or estoppel. And further,**

FACT: 39. That I reserve my unalienable right to amend this Affidavit at times and places of my own choosing, according as new facts and revelations are made available to me at various future times and places as yet unknown, and as yet to be determined, given the massive fiscal fraud which has now been sufficiently revealed to me by means of material and other reliable evidence which constitutes satisfactory and incontrovertible proof of the fraud to which I refer in this paragraph and elsewhere in this Affidavit. And further,

*121- 2012 126*

FACT:  40. That I affirm, under penalty of perjury, under the Common Law of America, without the "United States", under the laws of the United States *of America* that the foregoing is true and correct, to the best of my current information, knowledge, and belief, per 28 U.S.C. 1746(1); and

Further this Affiant saith not.

Subscribed and affirmed to *Nunc Pro Tunc* on the date of my majority, which day was 1978

I now affix my own signature to all of the above affirmations WITH EXPLICIT RESERVATION OF ALL MY RIGHTS AND WITHOUT PREJUDICE UCC 1-308 (see paragraph 38 above)

**Jerry A. A. Al-Sharif Natural Person,** By:

Jerry A.A. Al-Sharif,(sic) Natural Person, State Citizen and Principal, by special Appearance, *In Propria Persona*, proceeding *Sui Juris*, with Assistance, Special, with explicit reservation of all my unalienable rights and without prejudice to any of my unalienable rights

Jerry A.A. Al-Sharif,
c/o P.O.BOX 6661 Peach Orchard Rd.
Augusta, Georgia Republic
zip code (30916-9998)

/21   20/2/26

Georgia All-Purpose Acknowledgement Georgia STATE/REPUBLIC COUNTY OF Richmond On this 7th day of January, 2012 *Anno Domini*, before me personally appeared Jerry A. A. Al-Sharif,(sic) Natural Person, personally known to me (or proved to me on the basis of satisfactory evidence) to be the Person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in His authorized capacity, and that by His signature on this instrument the Person, or the entity upon behalf of which the Person acted, executed the instrument. **Purpose of Notary Public is for identification only, and not for entrance into any foreign jurisdiction.**

**Notice unto Principal is notice unto Agents.  Notice unto Agent is notice unto Principal.**

This document is the preparation of the undersigned. Before the Almighty God and under His statutes, I declare that the foregoing is the truth in accord with the best of my knowledge on this 7th day of the First Month in the two thousand and Twelfth year of Common Era.

### JUDICIAL NOTICE TO ALL PARTY FUTURE DEFENDANTS RECEIVING AN READING THIS DOCUMENT

That, "Internal Revenue Investigation", Hearings before Subcommittee on Ways an Means House of Representatives, Eighty Third Congress, 1953, Thursday February 3rd

Testimony: Mr. Avis, Chairman, I.R.S.
Page 4, paragraph 4
"Let me point this out now: Your income tax is 100 percent voluntary tax."

I now affix my signature to these affirmations:

"Without Prejudice" U.C.C. 1-308

_____*Jerry a.a. Al-Sharif*_____
Affiant                    (Seal)

Subscribed and sworn to before me, a Notary Public, of the State of Georgia

C o u n t y o f RICHMOND, this 7th day of January, 2012.

Signature _____*Corliss Murray*_____
Notary Public (Seal)/NAME Corliss Murray

My Commission Expires On: July 17, 2012



**STATE OF GEORGIA**                        **CLERK'S OFFICE**
**RICHMOND COUNTY**                         **SUPERIOR COURT**


I, _____Priscilla De Jesus_____ , Deputy Clerk of Superior Court of Richmond

County, Georgia, hereby certify that the foregoing is a true copy

OF:                          UCC FINANCING STATEMENT
SECURED PARTY:               JERRY ALI AZIZ AL-SHARIF
DEBTOR/ASSIGNED
PARTY:                       JERRY ALI AZIZ AL-SHARIF

of title of record in this office at file #  121-2012-000126

Witness my signature and the seal of said court hereto affixed at Augusta, Georgia this

_____27th._____ day of _____JANUARY 2012_____

Deputy Clerk