FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUL 10 AM 9:44

CLERK _____
SO. DIST. OF GA.

district court for the United States
In care of THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEROGIA
AUGUSTA DIVISION

| | |
|---|---|
| JERRY A. AL-SHARIF ) | CASE CV 112 -057 |
| Jerry Ali Aziz Al-Sharif, US Vessel ) | Within the Admiralty |
| Plaintiff/Sui Juris ) | |
| ) | NOTICE OF VOLUNTARY DISMISSAL |
| V. ) | F.R.C.P. 41 |
| ) | |
| JOHNETTE CARTER, US Vessel ) | |
| REVENUE OFFICER, US VESSEL ) | |
| and JOHN DOES 1-100, ) | |
| Defendants ) | |
| _____ ) | |

COMES NOW THE Plaintiff hereby give notice to the Honorable Admiralty Court, notice of Voluntary Dismissal of case CV 112-057, The third party intervenor/libellant Jerry A. Al-Sharif a non-Fiction real person paid the $350.00 filing fee as the court stated in its order April 25, 20012, F.R.C.P 41 state that a plaintiff may dismiss an action without Order of the court by filing a Notice of Dismissal at any time before service by a adverse party of an answer or a motion for Summary Judgment, the defendants was not issue a summons to response to the complaint when it's was file and is not required to answer, the amount of materials collected/discovery over the past sixth plus days will take time to review and logs so that all parties can be listed in the refilling of this case. The caption of the case should have listed only JOHNETTE CARTER as the defendants  Local Rule 41.2 give the Clerk the authorized and directed to grant, sign, and enter orders of dismissal under Rules 41 (a)(1) of the Federal Rules of Civil Procedure.

By _____
Jerry A. Al-Sharif/Plaintiff Sui Juis
P.O.BOX 6661 Peach Orchard RD
AUGUSTA, GEORGIA [30916]

CERTIFICATE OF MAILING

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR VOLUNTARY WAS SERVED UPON THE FOLLOWING PARTIES BY REGULAR UNITED STATES MAIL UPON EACH OF THE FOLLOWING THIS July 9th , 2012

Mr. Scott Poff Clerk of the Court
P.O.Box 1130    certified Mailing Number 7007 0220 0003 7530 3069
Augusta, Georgia 30903

Libellee   Johnette Carter
INTERNAL REVENUE OFFICE
777 GLOUSTER STREET Suite 413
Brunswick Georgia 31520

By _____
Jerry A. Al-Sharif Plaintiff Sui Juis
C/O P.O.BOX 6661 Peach Orchard RD
Augusta, Georgia 30916

Jerry Al-Sharif
P.O. Box 6661
Peach Orchard Rd.
Augusta, Georgia
30916

CERTIFIED MAIL

7007 0220 0003 7530 3069




U.S. POSTAGE
PAID
HEPHZIBAH, GA
30815
JUL 09, '12
AMOUNT
$6.40
00047073-07

Mr. Scott Poff
Clerk of The Court
P.O. Box 1130
Augusta, Georgia 30903